Exhibit B is a true and correct copy of relevant excerpts and exhibits from Plaintiff's deposition.

State of California
Department of Industrial Relations
DIVISION OF WORKERS' COMPENSATION

*Estado de California*
*Departamento de Relaciones Industriales*
*DIVISION DE COMPENSACIÓN AL TRABAJADOR*

WORKERS' COMPENSATION CLAIM FORM (DWC 1)

*PETITION DEL EMPLEADO PARA DE COMPENSACIÓN DEL TRABAJADOR (DWC 1)*

**Employee:** Complete the "Employee" section and give the form to your employer. Keep a copy and mark it "Employee's Temporary Receipt" until you receive the signed and dated copy from your employer. You may call the Division of Workers' Compensation and hear recorded information at (800) 736-7401. An explanation of workers' compensation benefits is included as the cover sheet of this form.

You should also have received a pamphlet from your employer describing workers' compensation benefits and the procedures to obtain them.

*Empleado: Complete la sección "Empleado" y entregue la forma a su empleador. Quédese con la copia designada "Recibo Temporal del Empleado" hasta que Ud. reciba la copia firmada y fechada de su empleador. Ud. puede llamar a la División de Compensación al Trabajador al (800) 736-7401 para oír información gravada. En la hoja cubierta de esta forma esta la explicación de los beneficios de compensación al trabajador.*

*Ud. también debería haber recibido de su empleador un folleto describiendo los benficios de compensación al trabajador lesionado y los procedimientos para obtenerlos.*

Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.

*Toda aquella persona que a propósito haga o cause que se produzca cualquier declaración o representación material falsa o fraudulenta con el fin de obtener o negar beneficios o pagos de compensación a trabajadores lesionados es culpable de un crimen mayor "felonía".*

Employee—complete this section and see note above    *Empleado—complete esta sección y note la notación arriba.*

1. Name. *Nombre.* Rose Aguilar                    Today's Date. *Fecha de Hoy.*    03/09/2017

2. Home Address. *Dirección Residencial.*    2513 Manhattan Beach Blvd

3. City. *Ciudad.*    Gardena                State. *Estado.*    CA        Zip. *Código Postal.*    90249

4. Date of Injury. *Fecha de la lesión (accidente).*    CT: 07/01/1993-02/14/2017    Time of Injury. *Hora en que ocurrió.* _____ a.m. _____ p.m.

5. Address and description of where injury happened. *Dirección/lugar dónde occurió el accidente.*    Job Site.

6. Describe injury and part of body affected. *Describa la lesión y parte del cuerpo afectada.*  Due to constant harassment by coworkers the applicant sustained injuries to her nervous system and psych.

7. Social Security Number. *Número de Seguro Social del Empleado.* ▇▇▇

8. Signature of employee. *Firma del empleado.* _Rose Aguilar_

Employer—complete this section  and see note below. *Empleador—complete esta sección y note la notación abajo.*

9. Name of employer. *Nombre del empleador.* _____

10. Address. *Dirección.* _____

11. Date employer first knew of injury. *Fecha en que el empleador supo por primera vez de la lesión o accidente.* _____

12. Date claim form was provided to employee. *Fecha en que se le entregó al empleado la petición.* _____

13. Date employer received claim form. *Fecha en que el empleado devolvió la petición al empleador.* _____

14. Name and address of insurance carrier or adjusting agency. *Nombre y dirección de la compañía de seguros o agencia administradora de seguros.* _____

15. Insurance Policy Number. *El número de la póliza de Seguro.* _____

16. Signature of employer representative. *Firma del representante del empleador.* _____

17. Title. *Título.* _____    18. Telephone. *Teléfono.* _____

**Employer:** You are required to date this form and provide copies to your insurer or claims administrator and to the employee, dependent or representative who filed the claim within **one working day** of receipt of the form from the employee.

SIGNING THIS FORM IS NOT AN ADMISSION OF LIABILITY

*Empleador: Se requiere que Ud. feche esta forma y que provéa copias a su compañia de seguros, administrador de reclamos, o dependiente/representante de reclamos y al empleado que hayan presentado esta petición dentro del plazo de un día hábil desde el momento de haber sido recibida la forma del empleado.*

*EL FIRMAR ESTA FORMA NO SIGNIFICA ADMISION DE RESPONSABILIDAD*

❑ Employer copy/*Copia del Empleador*    ❑ Employee copy/*Copia del Empleado*    ❑ Claims Administrator/*Administrador de Reclamos*    ❑ Temporary Receipt/*Recibo del Empleado*

6/10 Rev.

**EXHIBIT**
*1*
Aguilar

AGUILAR000577

All    Michael search your mailbox

Follow up to our phone conversation

09/16/16 at 9:30 AM

To

Good morning Rosa,

It was good speaking to you this morning.

As discussed this morning – we have arranged an appointment with Dr. Praveen Kambam for Monday, September 19th at 2:30 pm.   This appointment is being paid for by Expeditors.

Dr. Kambam's office is located at:
11500 W. Olympic Boulevard, Suite 538,
Los Angeles, CA 90064-1672

Please give yourself plenty of driving time that day as the traffic in that area can be heavy.  If you have any trouble getting to Dr. Kambam's office please call his office at  310-231-8964.

As discussed you are being paid regular time for the time you are currently off and your benefits remain effective during this time.

You will remain off next week as well under the same pay/benefit rule.

I will be in touch with  you later in the week next week.


Carlton Ruesch


**Direct**    323-781-1652
**Mobile**    213-200-4709
**Email**

# Expeditors

**Los Angeles**
12200 Wilkie Avenue
Hawthorne, CA 90250


↩ Reply    ↩ Reply to All    → Forward    ••• More



EXHIBIT
10
Aguilar
FBN/AD 800-631-6989

AGUILAR000056

All    Michael search your mailbox                                                    

## Expeditors (5)

| | |
|---|---|
| Hello Rosa I have been try: | 11/01/16 at 1:24 PM |
| Hi Carlton I am sorry I just | 11/02/16 at 10:38 AM |
| Hi Rosa I am following up t | 11/02/16 at 1:54 PM |
| | 11/03/16 at 6:26 PM |

To
CC

All this started because I asked for a transfer, ending on leave and disability?
If I choose I can continue working on any department but if there is no choice, if you apply the leave on absence to my sick time, will I continue receiving my checks until January? . what about the medical insurance?.

Thank you.


On Wednesday, November 2, 2016 1:54 PM, Carlton Ruesch <Carlton.Ruesch@expeditors.com> wrote:


Hi Rosa,

I am following up regarding our call earlier this morning. I was calling to let you know that we have received the report from the health care provider you recently visited and unfortunately he has not cleared your return to work at this time.

I wanted to provide you with information regarding your option to take a medical leave of absence under the Family Medical Leave Act ("FMLA"). Under FMLA you are eligible to take up to 12 weeks off in a 12 month period due to your own medical condition. If your leave becomes effective today, your 12 weeks would expire on 1.25.17.

During your leave of absence, Expeditors will apply your available sick accruals to your time absent. You currently have 440 hours and 52 minutes of sick available. This time will be exhausted on 1.18.17, should your leave of absence become effective today. If you are placed out on a leave the 40 hours of vacation accruals that you currently have available will be paid out to you at the end of the year.

You are also currently enrolled in the Short Term Disability benefit offered by Expeditors. You are able to file a claim for this benefit with Aetna during your leave due to your absence for a medical condition. California also has a *STATE DISABILITY* in which you can also file a claim for your time absent.

Please let me know if you have any questions regarding your option to take a leave of absence or need any clarification regarding the information contained in this email.


Carlton Ruesch
District Manager

Direct    323-781-1652
Mobile    213-200-4709
Email



AGUILAR000051

11/15/2016  11:28    3107871155    OFFICE DEPOT    PAGE  02/03



November 8, 2016

**VIA CERTIFIED AND REGULAR U.S. MAIL**

Rosa Aguilar
2513 Manhattan Beach Blvd.
Gardena, CA 90249

RE:    FAMILY AND MEDICAL LEAVE ACT (FMLA) ELIGIBILITY NOTICE

Dear Rosa,

Expeditors International of Washington, Inc. ("Expeditors") is in receipt of your request for a leave of absence to begin on November 2, 2016, due to:

☒ Medical/Family Leave
 ☐ The birth of your child, or placement of a child with you for adoption or foster care;
 ☒ Your own serious health condition; or
 ☐ You are needed to care for your spouse/child/parent due to his/her serious health condition.
☐ Military Leave
 ☐ You have been called to active duty status as a member of the National Guard or Reserve;
 ☐ You are the spouse/child/parent/next of kin of a covered service member with a serious injury or illness; or
 ☐ A qualifying exigency arising out of the fact that your spouse/child/parent is on active duty status or called to active duty status in support of a contingency operation as a member of the National Guard or Reserve.
☐ Other (Personal Leave)

We are writing this letter to notify you that:

 ☒ You are eligible for FMLA leave;
 ☐ You are not eligible for FMLA leave because:
  ☐ You have not met the FMLA's 12-month length of service requirement;
  ☐ You have not met the FMLA's 1,250-hours-worked requirement; and/or
  ☐ You do not work or report to a site with 50 or more employees within 75 miles.
 You ☐ are ☒ are not eligible for additional leave under state law
 You ☐ are ☐ are not eligible for non-FMLA Medical leave or Family Care leave under Expeditors' policy

If you believe the above determination is incorrect, please contact Corporate Employee Relations immediately.

Expeditors will count towards your FMLA and state leave entitlement any leave you take which, through information you provide to Expeditors, qualifies for leave under federal and state law, even if your leave is paid under a disability plan or for some other reason, such as time loss for a worker's compensation claim.

In order to determine whether your absence qualifies as FMLA and/or state leave, you must return the following information to Corporate Employee Relations within fifteen (15) calendar days from the date you receive this letter. You may fax this form to the Corporate Employee Relations confidential fax number: (206) 674-3436:
 ☒ Medical Certification completed by your or your family member's health care provider (form enclosed);
 ☐ Military orders or other information to support your request; or
 ☐ Other: _____.



EXHIBIT

12

Aguilar

12-1

EXPEDITORS (AGUILAR)-000170

Family and Medical Leave Notice
Page 2

If your leave does qualify as FMLA leave, you have the following **rights** while on FMLA leave.

1. You have a right under the FMLA for up to 12 weeks of unpaid leave in a 12 month period calculated as a "rolling" 12-month period measured backward from the date of any FMLA leave usage.
2. You have a right under the FMLA for up to 26 weeks of unpaid leave in a single 12-month period to care for a covered service member with a serious injury or illness.
3. Your health benefits must be maintained during any period of unpaid leave under the same conditions as if you continued to work. Expeditors will continue to provide health insurance in the same manner and amount as it does for active employees during your FMLA leave. You will be responsible for whatever share of the health insurance premium you currently pay for you or your family.
4. Unless otherwise provided by state law, Expeditors will substitute any paid leave you are entitled to, such as accrued sick or vacation leave, for unpaid leave, but the days of leave will still be counted against your FMLA and state leave entitlement. Upon exhaustion of your accrued sick and vacation leave, the remainder of your leave will be unpaid leave.
5. During your leave, provided it is longer than one week, you will stop accruing sick time and any other benefits based upon tenure in the work place.
6. You must be reinstated to the same or an equivalent job with the same pay, benefits, and terms and conditions of employment on your return from FMLA leave. (If your leave extends beyond the end of your FMLA entitlement, you do not have return rights under FMLA.) If you refuse to return to the same or equivalent job, you will be considered to have voluntarily terminated your employment with Expeditors.
7. If you fail to return to work within two (2) regularly scheduled work days from the date your leave expires, and you have not made previous arrangements to extend your leave, you will be considered to have voluntarily terminated your employment with Expeditors.
8. If you do not return to work following FMLA leave for a reason other than: 1) the continuation, recurrence, or onset of a serious health condition which would entitle you to FMLA leave; 2) the continuation, recurrence or onset of a covered service member's serious injury or illness which would entitle you to FMLA leave; or 3) other circumstances beyond your control, you will be required to reimburse Expeditors for our share of health insurance premiums paid on your behalf during your FMLA leave.

If your leave does qualify as FMLA leave, you have the following **responsibilities** while on FMLA leave.

1. If requested above, provide a completed Medical Certification form or other information requested above to support your request for FMLA leave within fifteen (15) **calendar days** from receipt of this letter. Until such certification has been received, any absences from work will be counted as unexcused. Expeditors will also require recertification if you ask for an extension of the leave you originally requested or if other circumstances exist which would make recertification reasonable.
2. If you are paying health insurance premiums, contact CHQ-Employee Relations to make arrangements to continue to make your share of health insurance premium payments to maintain health insurance benefits. Payments are due on the first of the month for the month coverage is desired. You have a 30-day grace period in which to make premium payments. If payment is not made timely, your health insurance may be cancelled provided Expeditors notifies you in writing at least 15 days before the day that your health coverage will lapse, or at our option, we may pay your share of the premiums during FMLA leave, and recover these payments from you upon your return to work.
3. If you use leave for your own serious health condition, you will be asked to provide a Fitness for Duty Certificate indicating your ability to return to work. Please return this form to Corporate Employee Relations on or before the day you return to work. If you fail to return this form, your return to work may be delayed until certification is provided.
4. If you are going to return from your leave earlier than expected, you must provide Expeditors with notice at least two (2) business days before your return.

Once Expeditors obtains from you the information requested above, you will be informed whether your leave will be designated as FMLA leave and count toward your FMLA and/or state leave entitlement.

If you are **not eligible** for FMLA leave, but do qualify for leave under state laws or Expeditors' leave policy, you have the following responsibilities:

1. You must provide a completed Medical Certification form within fifteen (15) **calendar days** from receipt of this letter. Until such certification has been submitted, any absences from work will be counted as unexcused.

(2-2)   CHQ-ER 1.16.2009

Family and Medical Leave Notice
Page 3

2.  If you use leave for your own serious health condition, you will be asked to provide a Fitness for Duty Certificate indicating your ability to return to work. Please return this form to **Corporate Employee Relations** on or before the day you return to work. If you fail to return this form, your return to work may be delayed until certification is provided.

3.  If you are going to return from your leave earlier than expected, you must provide Expeditors with notice at least two (2) business days before your return.

Please note that the Genetic Information Nondiscrimination Act of 2008 ("GINA") prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members. In order to comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

For further explanation concerning leaves of absence under Expeditors' policy, please review Expeditors' U.S. Employee Handbook.

If you have any questions, please notify your designated Employee Relations contact, or you may contact me directly.

Sincerely,

Expeditors International
of Washington, Inc.

Maggie Rowe
Employee Relations Assistant

Enclosures (if applicable):
Medical Certification Form
Fitness for Duty Certification Form

12-3     CHQ-ER 1.16.2009

EXPEDITORS (AGUILAR)-000172

~ 11/16/2016  11:28    3107871155          OFFICE DEPOT                                PAGE  03/03

Received

NOV 16 2016

TO:                                                    Employee Relations

CORPORATE EMPLOYEE RELATIONS.

I cannot provide you with the Medical Certification because I am not sick, my doctor is a serious and integrity person and she will not lie.

I did not request Leave of absence; Carlton put me on leave since September 13th. I always asked him when I can go back to work.

You have to file the FMLA using the report you get from the health care provider you contacted.

I repeat I am not sick and I can work on any department if Accounting dept., does not want me back, I am not afraid, I am a fast learner.

Thank you.

Rosa Aguilar.

11/16/16



EXHIBIT

13

Aguilar

EXPEDITORS (AGUILAR)-000169

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


ROSA AGUILAR,                          )
                                       )
            Plaintiff,                 )
                                       )
        vs.                            )  Case No.
                                       )  2:19-cv-02285
EXPEDITORS INTERNATIONAL OF            )
WASHINGTON, INC.,                      )
                                       )
            Defendant.                 )
_____)


DEPOSITION OF ROSA AGUILAR

Los Angeles, California

Monday, January 6, 2020


REPORTED BY:

JEAN KIM
CSR NO. 13555, RPR

JOB NO.
97183LMF

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    February 2017. | 09:32:28 |
| 2 | Q    Now, you did file a workers' compensation | 09:32:36 |
| 3 | claim, correct, against Expeditors? | 09:32:38 |
| 4 | MR. HOPPER:  Objection.  Calls for a legal | 09:32:45 |
| 5 | conclusion. | 09:32:47 |
| 6 | BY MS. WASSERMAN: | 09:32:47 |
| 7 | Q    Do you recall filing a workers' | 09:32:47 |
| 8 | compensation claim against Expeditors? | 09:32:49 |
| 9 | A    Worker compensation claim? | 09:32:54 |
| 10 | Q    Yeah. | 09:32:56 |
| 11 | MR. HOPPER:  Do you know if you filed one? | 09:33:02 |
| 12 | THE WITNESS:  I don't remember. | 09:33:13 |
| 13 | MS. WASSERMAN:  Let's have this first | 09:33:33 |
| 14 | document marked as Exhibit 1, please. | 09:33:35 |
| 15 | (Exhibit 1 was marked for identification by | 09:33:43 |
| 16 | the certified shorthand reporter.) | 09:33:43 |
| 17 | MS. WASSERMAN:  And let the record reflect | 09:33:46 |
| 18 | that Exhibit 1 bears the numbering at the bottom | 09:33:49 |
| 19 | that says Aguilar 000577, which counsel will agree | 09:33:52 |
| 20 | that that is the numbering that counsel's office -- | 09:33:58 |
| 21 | that Ms. Aguilar's counsel's office put those | 09:34:01 |
| 22 | numbers on documents that were produced by plaintiff | 09:34:04 |
| 23 | to defendant in this case. | 09:34:06 |
| 24 | MR. HOPPER:  Right. | 09:34:08 |
| 25 | BY MS. WASSERMAN: | 09:34:09 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    If you could look in the middle of this | 09:34:10 |
| 2 | document.  And my question is:  Is that your | 09:34:12 |
| 3 | signature in the middle of this document, | 09:34:15 |
| 4 | Ms. Aguilar? | 09:34:17 |
| 5 | A    That's my signature. | 09:34:17 |
| 6 | Q    That is your signature.  Okay. | 09:34:18 |
| 7 | Looking at this, do you know what this | 09:34:20 |
| 8 | document is? | 09:34:22 |
| 9 | THE WITNESS:  This is before I went to your | 09:34:52 |
| 10 | office?  This is for the state? | 09:34:53 |
| 11 | MR. HOPPER:  She's just asking you if you | 09:34:58 |
| 12 | know what the document is. | 09:35:00 |
| 13 | BY MS. WASSERMAN: | 09:35:01 |
| 14 | Q    I'm just asking you if you know what this | 09:35:01 |
| 15 | document is. | 09:35:03 |
| 16 | A    I went to one office, I remember, in | 09:35:10 |
| 17 | Los Angeles, but I don't remember the name. | 09:35:12 |
| 18 | Q    Do you remember someone by the name of | 09:35:32 |
| 19 | Derek Lee? | 09:35:34 |
| 20 | A    No. | 09:35:35 |
| 21 | Q    Do you remember having -- do you | 09:35:45 |
| 22 | remember -- do you remember seeing a lawyer at the | 09:35:49 |
| 23 | same law firm that Mr. Hopper is at who you saw and | 09:35:52 |
| 24 | talked to before -- and I'm not asking about | 09:35:58 |
| 25 | conversations.  I'm just trying to refresh your | 09:36:00 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | recollection in terms of time, and you just said you | 09:36:03 |
| 2 | were at at another office. | 09:36:05 |
| 3 | Do you remember going to the same office | 09:36:07 |
| 4 | that Mr. Hopper works at and talking to a lawyer | 09:36:09 |
| 5 | there that is not Mr. Hopper? | 09:36:12 |
| 6 | A    Yes. | 09:36:14 |
| 7 | Q    Okay.  Do you remember if that -- was that | 09:36:14 |
| 8 | a male? | 09:36:16 |
| 9 | A    Yes. | 09:36:17 |
| 10 | Q    Do you remember if his name was Derek Lee? | 09:36:18 |
| 11 | A    Yes. | 09:36:21 |
| 12 | Q    Okay.  Does that refresh your recollection? | 09:36:22 |
| 13 | Do you remember -- remembering that you | 09:36:25 |
| 14 | spoke with somebody by the name of Derek Lee, does | 09:36:28 |
| 15 | that refresh your recollection as to what Exhibit 1 | 09:36:30 |
| 16 | is?  Does that help you remember what Exhibit 1 is? | 09:36:33 |
| 17 | A    I think -- I don't know.  I don't remember | 09:36:38 |
| 18 | all the papers before.  So -- | 09:36:43 |
| 19 | Q    Okay.  So you don't remember what Exhibit 1 | 09:36:48 |
| 20 | is? | 09:36:50 |
| 21 | A    But that's my signature. | 09:36:57 |
| 22 | Q    It is your signature.  Okay. | 09:36:58 |
| 23 | Do you remember at some point in time | 09:37:03 |
| 24 | seeing a doctor -- since we're talking about various | 09:37:07 |
| 25 | doctors -- do you remember seeing a Dr. Grewal? | 09:37:10 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Grewal. | 09:37:19 |
| 2 | Q | Yes. | 09:37:20 |
| 3 | A | Yes. | 09:37:20 |
| 4 | Q | Okay.  Who is Dr. Grewal? | 09:37:20 |
| 5 | A | He was a psychiatry. | 09:37:23 |
| 6 | Q | Okay.  When did you see Dr. Grewal? | 09:37:25 |
| 7 | A | I don't remember. | 09:37:29 |
| 8 | Q | It was after -- it was after you stopped | 09:37:32 |
| 9 | | seeing Dr. Carlson; correct? | 09:37:33 |
| 10 | A | Yes -- yes. | 09:37:36 |
| 11 | Q | How many times did you see Dr. Grewal? | 09:37:39 |
| 12 | | Approximately? | 09:37:50 |
| 13 | A | I think it was two times. | 09:37:51 |
| 14 | Q | And you said Dr. Grewal was a psychiatrist? | 09:37:55 |
| 15 | A | Yes. | 09:37:58 |
| 16 | Q | How did you find out about Dr. Grewal?  Who | 09:37:59 |
| 17 | | sent you to Dr. Grewal? | 09:38:02 |
| 18 | A | The -- the doctor -- the lawyer sent me. | 09:38:06 |
| 19 | Q | Okay.  The -- | 09:38:10 |
| 20 | A | The office lawyer sent me. | 09:38:11 |
| 21 | Q | Okay.  And you said Dr. Grewal is a | 09:38:13 |
| 22 | | psychiatrist? | 09:38:17 |
| 23 | A | Yes. | 09:38:17 |
| 24 | Q | Did you ask -- did you ask Dr. Grewal why | 09:38:17 |
| 25 | | you are seeing him?  Let me strike the question. | 09:38:24 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Do you know why you went to see Dr. Grewal? | 09:38:31 |
| 2 | A    Yes.  Because they say they need to treat | 09:38:36 |
| 3 | me. | 09:38:38 |
| 4 | Q    Okay.  They say -- when you say they say | 09:38:39 |
| 5 | they need to treat you, who said they needed to | 09:38:42 |
| 6 | treat you? | 09:38:45 |
| 7 | MR. HOPPER:  And I'm just going to object | 09:38:45 |
| 8 | to the extent it invades attorney-client privilege. | 09:38:47 |
| 9 | So if somebody other than your attorneys | 09:38:49 |
| 10 | told you that, you can testify. | 09:38:51 |
| 11 | BY MS. WASSERMAN: | 09:38:51 |
| 12 | Q    Right.  I don't want to ask you -- I'm not | 09:38:53 |
| 13 | asking you any questions about any conversations | 09:38:55 |
| 14 | that you had with either Mr. Hopper or any other | 09:38:57 |
| 15 | lawyer. | 09:39:00 |
| 16 | So, again, why is it that you saw | 09:39:05 |
| 17 | Dr. Grewal two times? | 09:39:07 |
| 18 | A    I -- they say I need to talk to them -- to | 09:39:29 |
| 19 | him. | 09:39:33 |
| 20 | Q    Okay.  Did anyone other than -- did anyone | 09:39:34 |
| 21 | other than your lawyer tell you that you needed to | 09:39:36 |
| 22 | go see a psychiatrist? | 09:39:40 |
| 23 | MR. HOPPER:  Vague as to time. | 09:39:44 |
| 24 | BY MS. WASSERMAN: | 09:39:45 |
| 25 | Q    At the time that you saw Dr. Grewal. | 09:39:45 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | No. | 09:39:59 |
| 2 | Q | Do you remember what Dr. Grewal -- do you | 09:40:10 |
| 3 | | remember anything that Dr. Grewal told you about | 09:40:12 |
| 4 | | your mental condition? | 09:40:17 |
| 5 | A | I did not have mental condition.  It's, | 09:40:31 |
| 6 | | like, stress, like -- like, I need to relax. | 09:40:37 |
| 7 | Q | So what you remember Dr. Grewal telling you | 09:40:46 |
| 8 | | is that you were stressed and need to relax? | 09:40:49 |
| 9 | A | Yes. | 09:40:52 |
| 10 | Q | Is there anything else that you remember | 09:40:52 |
| 11 | | about what Dr. Grewal told you? | 09:40:53 |
| 12 | A | No. | 09:40:58 |
| 13 | Q | Do you remember Dr. Grewal telling you that | 09:40:59 |
| 14 | | you are disabled? | 09:41:01 |
| 15 | A | What do you mean with "disabled"? | 09:41:10 |
| 16 | Q | Not able to work. | 09:41:13 |
| 17 | | Do you remember Dr. Grewal telling you that | 09:41:16 |
| 18 | | you were not able to work? | 09:41:18 |
| 19 | A | No. | 09:41:21 |
| 20 | Q | Do you remember Dr. Grewal telling you that | 09:41:21 |
| 21 | | you had major impairment in areas of working, | 09:41:23 |
| 22 | | judgment, and thinking? | 09:41:30 |
| 23 | A | I don't remember. | 09:41:40 |
| 24 | Q | Do you remember Dr. Grewal telling you that | 09:41:42 |
| 25 | | you had impairment in carrying out instructions and | 09:41:44 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1   concentrating?                                        09:41:49

 2       A    I don't remember.                            09:42:29

 3       Q    Do you remember Dr. Grewal telling you that  09:42:29

 4   you needed immediately to start taking psychotropic   09:42:31

 5   medication?                                           09:42:37

 6       A    I think we don't talk about medication.      09:42:45

 7       Q    Do you remember Dr. Grewal telling you that  09:42:48

 8   you needed to go back into therapy?                   09:42:51

 9       A    He say I need therapy.                        09:42:56

10       Q    But you never went to therapy again?         09:42:58

11       A    No, because I don't like to talk about my    09:43:00

12   personal things.                                      09:43:04

13       Q    So even though the doctor told you you       09:43:05

14   needed therapy to get better, you didn't go; right?   09:43:07

15       A    No.                                           09:43:10

16       Q    Okay.  Do you remember seeing Dr. Adrian?    09:43:11

17   Dr. Cheri Adrian?                                     09:43:32

18       A    Yes.                                          09:43:34

19       Q    Now, you saw Dr. Adrian after you had seen   09:43:35

20   Dr. Grewal; right?                                    09:43:41

21       A    I think.                                      09:43:46

22       Q    Do you remember anything that Dr. Adrian     09:43:47

23   told you?                                             09:43:50

24       A    No.  He took -- she took some tests, and     09:43:55

25   they say she's going to send the -- the result to     09:43:59
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | What magazine? | 10:21:11 |
| 2 | A | It was -- how do you call it in Spanish -- | 10:21:16 |
| 3 | | I don't remember the name.  It's, like -- it -- | 10:21:26 |
| 4 | | like, the classified notice in Spanish. | 10:21:30 |
| 5 | | I don't remember right now the name. | 10:21:35 |
| 6 | Q | Okay.  All right.  So you started working | 10:21:38 |
| 7 | | at Expeditors, what, 1993? | 10:21:43 |
| 8 | A | From 1993. | 10:21:46 |
| 9 | Q | Okay.  How did you find out about the job? | 10:21:48 |
| 10 | A | There's a one person who recommend me who | 10:21:55 |
| 11 | | went there. | 10:21:58 |
| 12 | Q | And who is that? | 10:21:59 |
| 13 | A | That was Maria Higa. | 10:22:01 |
| 14 | Q | So you knew Maria Higa before you even | 10:22:02 |
| 15 | | started working at Expeditors? | 10:22:05 |
| 16 | A | No.  She was friend of the other friend I | 10:22:07 |
| 17 | | have. | 10:22:11 |
| 18 | Q | Okay.  Who is your friend who knew Maria | 10:22:12 |
| 19 | | Higa? | 10:22:15 |
| 20 | A | She's Jenny Oshiro. | 10:22:19 |
| 21 | Q | Can you spell her name, please. | 10:22:24 |
| 22 | A | The first name? | 10:22:25 |
| 23 | Q | Yes. | 10:22:26 |
| 24 | A | J-e-n-n-y. | 10:22:28 |
| 25 | Q | And what is her last name? | 10:22:31 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Expeditors had a policy that it would not | 10:38:46 |
| 2 | discriminate against people because of their race; | 10:38:49 |
| 3 | right? | 10:38:52 |
| 4 | A    Yes. | 10:38:52 |
| 5 | Q    Or their color? | 10:38:52 |
| 6 | A    Yes. | 10:38:55 |
| 7 | Q    Or their age? | 10:38:55 |
| 8 | A    Yes. | 10:38:56 |
| 9 | Q    Or their ethnicity? | 10:38:57 |
| 10 | A    Yes. | 10:38:59 |
| 11 | Q    Or their disability? | 10:38:59 |
| 12 | A    Yes. | 10:39:01 |
| 13 | Q    Or their status as a -- as a veteran? | 10:39:01 |
| 14 | A    Yes. | 10:39:08 |
| 15 | Q    Okay.  Do you remember from your -- from | 10:39:09 |
| 16 | what you remember of Expeditors policies, do you | 10:39:14 |
| 17 | remember that they had a policy that, if you had a | 10:39:17 |
| 18 | complaint -- if you had a complaint, there were | 10:39:21 |
| 19 | people that you could complain to?  Right? | 10:39:23 |
| 20 | A    Yes. | 10:39:26 |
| 21 | Q    And you knew who -- and you knew who you | 10:39:26 |
| 22 | could complain to if you had a problem with anything | 10:39:29 |
| 23 | that ever happened at any point during your | 10:39:31 |
| 24 | employment at Expeditors; correct? | 10:39:34 |
| 25 | A    Yes. | 10:39:36 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | MR. HOPPER:  Objection.  Vague. | 10:39:36 |
| 2 | BY MS. WASSERMAN: | 10:39:39 |
| 3 | Q    And you knew that you could always complain | 10:39:40 |
| 4 | to the branch manager; right? | 10:39:41 |
| 5 | MR. HOPPER:  Objection.  Vague and | 10:39:44 |
| 6 | ambiguous. | 10:39:52 |
| 7 | BY MS. WASSERMAN: | 10:39:52 |
| 8 | Q    Did you know who the branch manager was at | 10:39:52 |
| 9 | the time that you were at Expeditors? | 10:39:55 |
| 10 | A    Yes. | 10:39:57 |
| 11 | Q    And you could always complain to the branch | 10:39:57 |
| 12 | manager if there was a problem; right? | 10:39:59 |
| 13 | MR. HOPPER:  Vague and ambiguous. | 10:40:01 |
| 14 | THE WITNESS:  I think so. | 10:40:27 |
| 15 | BY MS. WASSERMAN: | 10:40:28 |
| 16 | Q    Okay.  And you said you may have remembered | 10:40:28 |
| 17 | some of the policies from the handbook.  There was | 10:40:32 |
| 18 | something called an open door policy in the | 10:40:34 |
| 19 | handbook; right? | 10:40:36 |
| 20 | A    They always say so, yes. | 10:40:38 |
| 21 | Q    Okay.  And what did you understand the open | 10:40:39 |
| 22 | door policy to be?  What was your understanding of | 10:40:42 |
| 23 | an open door policy? | 10:40:48 |
| 24 | A    That you can go to talk to them any time. | 10:40:50 |
| 25 | Q    Right.  And you also knew that, during the | 10:40:53 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | course of your employment at Expeditors, there was a | 10:40:58 |
| 2 | sick leave policy? | 10:41:01 |
| 3 | A    Yes. | 10:41:04 |
| 4 | Q    And that you had a certain amount of time | 10:41:04 |
| 5 | that you could take sick time and be paid for that | 10:41:08 |
| 6 | time; right? | 10:41:11 |
| 7 | A    Yes. | 10:41:12 |
| 8 | Q    And then there was a -- there was another | 10:41:13 |
| 9 | policy that, even if you used up all of your sick | 10:41:16 |
| 10 | time, you could take more time off and still have | 10:41:19 |
| 11 | your job; right?  That you could still take time off | 10:41:23 |
| 12 | even if it wasn't paid but you would still have a | 10:41:27 |
| 13 | job to come back to; right? | 10:41:30 |
| 14 | A    I don't know. | 10:41:33 |
| 15 | Q    Okay.  Did you understand that Expeditors | 10:41:34 |
| 16 | had a leave of absence policy in the handbook? | 10:41:38 |
| 17 | A    I don't know. | 10:41:48 |
| 18 | Q    Okay.  And you took time off during the | 10:41:48 |
| 19 | course of your employment; right?  23 years? | 10:41:54 |
| 20 | There was time that you were sick; right? | 10:42:00 |
| 21 | A    Sick leave? | 10:42:05 |
| 22 | Q    Yeah.  You took sick leave during your | 10:42:05 |
| 23 | employment? | 10:42:08 |
| 24 | A    Like one day, two day when you are sick. | 10:42:12 |
| 25 | Q    Or five days or six days; right? | 10:42:15 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:42:17 |
| 2 | Q | So during the course of your employment, | 10:42:17 |
| 3 | you took sick leave; right? | | 10:42:20 |
| 4 | A | Yes. | 10:42:21 |
| 5 | Q | And you were paid for it? | 10:42:22 |
| 6 | A | Yes. | 10:42:23 |
| 7 | Q | And then you came back to work? | 10:42:23 |
| 8 | A | Uh-huh.  If you have it. | 10:42:25 |
| 9 | Q | Right. | 10:42:26 |
| 10 | A | If you have sick -- | 10:42:26 |
| 11 | Q | If you have sick -- if you have paid time, | 10:42:26 |
| 12 | you would take the time, and you would come back to | | 10:42:27 |
| 13 | work? | | 10:42:29 |
| 14 | A | Yes. | 10:42:29 |
| 15 | Q | And there was -- was there ever a time | 10:42:30 |
| 16 | during your employment that you wanted to take sick | | 10:42:32 |
| 17 | leave and were not allowed to take it?  Someone said | | 10:42:36 |
| 18 | no, you can't? | | 10:42:39 |
| 19 | A | No. | 10:42:40 |
| 20 | Q | Was there ever a time that people said, | 10:42:42 |
| 21 | when you said you wanted any time off, that you | | 10:42:45 |
| 22 | weren't allowed to take it? | | 10:42:49 |
| 23 | A | You has to be sick to -- to take the sick | 10:42:53 |
| 24 | leave. | | 10:42:56 |
| 25 | Q | Right.  Did you ever take vacation? | 10:42:56 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC.  -  800.540.0681**          67

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:42:59 |
| 2 | Q | Okay.  So was there ever a time that you | 10:42:59 |
| 3 | wanted to take vacation and you were told no, you | | 10:43:01 |
| 4 | can't? | | 10:43:05 |
| 5 | A | No. | 10:43:05 |
| 6 | Q | Okay.  Was there any time during your | 10:43:05 |
| 7 | employment that you asked for any time off and were | | 10:43:08 |
| 8 | told no, you cannot take it? | | 10:43:12 |
| 9 | A | No. | 10:43:20 |
| 10 | Q | Now, before we were talking about an open | 10:43:27 |
| 11 | door policy.  Did you also know that there was a | | 10:43:30 |
| 12 | number you could call that you could make a report | | 10:43:35 |
| 13 | by making a phone call and complaining about | | 10:43:40 |
| 14 | something that happened at work? | | 10:43:43 |
| 15 | A | Yes. | 10:43:45 |
| 16 | Q | Okay.  How did you become -- how were you | 10:43:45 |
| 17 | aware of that number? | | 10:43:50 |
| 18 | A | I think they send e-mail, or they gave a | 10:43:53 |
| 19 | paper.  Something like that. | | 10:43:56 |
| 20 | Q | Okay.  Do you remember that, in addition to | 10:43:58 |
| 21 | the employee handbooks, that Expeditors had a code | | 10:44:11 |
| 22 | of business conduct? | | 10:44:16 |
| 23 | A | Yes. | 10:44:19 |
| 24 | Q | And the code of business conduct also had a | 10:44:19 |
| 25 | policy against discrimination; right? | | 10:44:24 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 10:44:27 |
| 2 | Q | And the code of conduct also had policies | 10:44:27 |
| 3 | | telling you how to complain if you thought that | 10:44:31 |
| 4 | | something was going wrong; right? An open door | 10:44:34 |
| 5 | | policy? | 10:44:42 |
| 6 | A | Yes. | 10:44:42 |
| 7 | Q | That was also referenced in the code of | 10:44:42 |
| 8 | | business conduct; correct? | 10:44:45 |
| 9 | A | I think -- | 10:44:52 |
| 10 | Q | Okay. | 10:44:54 |
| 11 | A | -- yes. | 10:44:55 |
| 12 | Q | Okay. At any point in time, before 2016, | 10:44:58 |
| 13 | | had you ever complained to anyone at Expeditors | 10:45:10 |
| 14 | | about anything that you thought was -- let | 10:45:13 |
| 15 | | me strike that. | 10:45:17 |
| 16 | | At any point in time during your employment | 10:45:17 |
| 17 | | at Expeditors prior to 2016, had you ever made a | 10:45:23 |
| 18 | | complaint that you felt that you were not being | 10:45:26 |
| 19 | | treated well at Expeditors? | 10:45:30 |
| 20 | A | No. | 10:45:33 |
| 21 | Q | Expeditors did treat you well; correct? | 10:45:36 |
| 22 | A | Yes. | 10:45:41 |
| 23 | Q | You had a good job? | 10:45:41 |
| 24 | A | I had a good job. | 10:45:43 |
| 25 | Q | You were given raises? | 10:45:44 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Yes.  Because I did a good job. | 10:45:46 |
| 2 | Q | Because you did a good job. | 10:45:48 |
| 3 | A | Yes. | 10:45:50 |
| 4 | Q | Now, you were in the accounting department | 10:45:52 |
| 5 | | your entire time at Expeditors; right? | 10:45:55 |
| 6 | A | Yes. | 10:45:58 |
| 7 | Q | Were you an accounts payable clerk the | 10:46:00 |
| 8 | | entire time? | 10:46:02 |
| 9 | A | Yes. | 10:46:03 |
| 10 | | MS. WASSERMAN:  Let's have this marked as | 10:46:19 |
| 11 | | 6, please. | 10:46:22 |
| 12 | | (Exhibit 6 was marked for identification by | 10:46:23 |
| 13 | | the certified shorthand reporter.) | 10:46:29 |
| 14 | | BY MS. WASSERMAN: | 10:46:29 |
| 15 | Q | I would like you to take a couple | 10:46:30 |
| 16 | | of minutes and read through Exhibit 6.  And then I'm | 10:46:31 |
| 17 | | going to ask you some questions. | 10:46:36 |
| 18 | | So take a couple of minutes and read | 10:46:36 |
| 19 | | through and make sure you understand Exhibit 6. | 10:46:39 |
| 20 | | Have you read through both pages of | 10:47:15 |
| 21 | | Exhibit 6? | 10:47:17 |
| 22 | A | Yes. | 10:47:17 |
| 23 | Q | Okay.  So Exhibit 6 says that it is a -- | 10:47:17 |
| 24 | | the general job responsibilities for the accounts | 10:47:29 |
| 25 | | payable clerk in the accounting department. | 10:47:32 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | In the last five years of your employment, | 10:56:08 |
| 2 | | who were some of the other people that you worked | 10:56:13 |
| 3 | | with in the accounting department?  Like, the names. | 10:56:14 |
| 4 | A | The names? | 10:56:23 |
| 5 | Q | Uh-huh. | 10:56:24 |
| 6 | A | There was Maria Higa, Vicky, Karim. | 10:56:31 |
| 7 | Q | I'm sorry? | 10:56:45 |
| 8 | A | Karim. | 10:56:45 |
| 9 | Q | Karim? | 10:56:48 |
| 10 | A | Yes. | 10:56:49 |
| 11 | | Lua. | 10:56:52 |
| 12 | | Anita Sih. | 10:56:54 |
| 13 | Q | I'm sorry? | 10:56:54 |
| 14 | A | Anita. | 10:56:54 |
| 15 | Q | Oh, Anita Sih.  S-i-h, I believe. | 10:56:54 |
| 16 | | Anyone else? | 10:57:05 |
| 17 | A | It was Mariana.  Later, she came -- it was | 10:57:06 |
| 18 | | Angie. | 10:57:15 |
| 19 | | Do you want me to mention receivable too? | 10:57:33 |
| 20 | | I am on payables. | 10:57:39 |
| 21 | Q | So those were all people that were in | 10:57:41 |
| 22 | | payables? | 10:57:42 |
| 23 | A | Yes. | 10:57:42 |
| 24 | Q | And those were the people that you worked | 10:57:43 |
| 25 | | directly with? | 10:57:44 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | I only work with my supervisor, Maria Higa. | 10:57:44 |
| 2 | Q | So Maria Higa was your supervisor -- | 10:57:47 |
| 3 | A | Yes. | 10:57:47 |
| 4 | Q | -- and Lisa Blandi was her supervisor? | 10:57:49 |
| 5 | A | Accounting manager. | 10:57:50 |
| 6 | Q | Accounting manager. | 10:57:51 |
| 7 | A | Yes. | 10:57:53 |
| 8 | Q | Okay.  Who was in receivables? | 10:57:53 |
| 9 | A | In receivable is Jimmy Phung, Adrian. | 10:57:57 |
| 10 | | Kinnya. | 10:58:05 |
| 11 | Q | I'm sorry? | 10:58:06 |
| 12 | A | Kinnya. | 10:58:06 |
| 13 | Q | Kinnya? | 10:58:09 |
| 14 | A | Yes. | 10:58:09 |
| 15 | Q | Anyone else that you remember? | 10:58:10 |
| 16 | A | No. | 10:58:21 |
| 17 | Q | Did you get along well with Maria Higa? | 10:58:24 |
| 18 | A | Yes. | 10:58:27 |
| 19 | Q | Did she ever treat you in a way that you | 10:58:28 |
| 20 | | thought was improper or -- | 10:58:32 |
| 21 | A | No. | 10:58:33 |
| 22 | Q | -- that bothered you? | 10:58:33 |
| 23 | A | No. | 10:58:34 |
| 24 | Q | Did you get along with Vicky? | 10:58:35 |
| 25 | A | Yes. | 10:58:38 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | Did she ever treat you in a way that you | 10:58:39 |
| 2 | felt was wrong? | | 10:58:42 |
| 3 | A | No. | 10:58:43 |
| 4 | Q | Did you get along well with Karim? | 10:58:45 |
| 5 | A | Yes. | 10:58:49 |
| 6 | Q | Is Karim a male or a female? | 10:58:49 |
| 7 | A | Female. | 10:58:51 |
| 8 | Q | Did Karim ever treat you in a way that you | 10:58:52 |
| 9 | thought was wrong? | | 10:58:54 |
| 10 | A | No. | 10:58:55 |
| 11 | Q | Did you get along with Lua? | 10:58:56 |
| 12 | A | Yes. | 10:58:58 |
| 13 | Q | Did Lua ever treat you in a way that you | 10:58:58 |
| 14 | thought was wrong? | | 10:59:02 |
| 15 | A | No. | 10:59:02 |
| 16 | Q | Did you get along with Anita? | 10:59:03 |
| 17 | A | Yes. | 10:59:06 |
| 18 | Q | Did Anita ever treat you in a way that you | 10:59:06 |
| 19 | thought was wrong? | | 10:59:09 |
| 20 | A | No. | 10:59:10 |
| 21 | Q | Did you get along with Mariana? | 10:59:11 |
| 22 | A | Yes. | 10:59:14 |
| 23 | Q | Did she ever treat you in a way that you | 10:59:14 |
| 24 | thought was wrong? | | 10:59:16 |
| 25 | A | No. | 10:59:18 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | Did you get along well with Angie? | 10:59:18 |
| 2 | A | Yes. | 10:59:24 |
| 3 | Q | Did she ever treat you in a way that you | 10:59:24 |
| 4 | felt was wrong? | | 10:59:27 |
| 5 | A | No. | 10:59:28 |
| 6 | Q | Did you get along well with Jimmy? | 10:59:29 |
| 7 | A | Yes. | 10:59:32 |
| 8 | Q | Did he ever treat you in a way that you | 10:59:32 |
| 9 | felt was wrong? | | 10:59:36 |
| 10 | A | No. | 10:59:37 |
| 11 | Q | Did you get along with Adrian? | 10:59:37 |
| 12 | A | We only talk about the -- the work. | 10:59:41 |
| 13 | Q | Okay.  Did Adrian ever treat you in a way | 10:59:46 |
| 14 | that you felt was wrong? | | 10:59:49 |
| 15 | A | No. | 10:59:51 |
| 16 | Q | Did you get along well with Kinnya? | 10:59:53 |
| 17 | A | Yes. | 10:59:56 |
| 18 | Q | Did Kinnya ever treat you in a way that you | 10:59:56 |
| 19 | thought was wrong? | | 10:59:59 |
| 20 | A | No. | 10:59:59 |
| 21 | Q | Did anyone that you worked with in the | 11:00:00 |
| 22 | accounting department ever treat you poorly? | | 11:00:02 |
| 23 | A | No. | 11:00:06 |
| 24 | Q | Did anyone in the accounting department | 11:00:07 |
| 25 | ever do anything to you that you thought was wrong? | | 11:00:09 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Later? | 11:00:24 |
| 2 | Q | Any time.  Anybody.  Any time. | 11:00:25 |
| 3 | | Did anyone in the accounting department | 11:00:31 |
| 4 | | ever do anything that you thought was wrong towards | 11:00:33 |
| 5 | | you? | 11:00:36 |
| 6 | A | No. | 11:00:38 |
| 7 | Q | Did anyone in the accounting department | 11:00:39 |
| 8 | | ever say anything to you that you thought was wrong? | 11:00:42 |
| 9 | A | No. | 11:00:49 |
| 10 | Q | Did anyone in the accounting department | 11:00:49 |
| 11 | | ever treat you in a way that you thought they're | 11:00:51 |
| 12 | | treating you poorly? | 11:00:55 |
| 13 | A | No. | 11:00:56 |
| 14 | Q | Was anyone in the accounting department | 11:00:57 |
| 15 | | ever mean to you? | 11:00:58 |
| 16 | A | No. | 11:01:01 |
| 17 | Q | And you got along well with Lisa Blandi? | 11:01:05 |
| 18 | A | Yes. | 11:01:08 |
| 19 | Q | Did anyone at Expeditors ever treat you | 11:01:08 |
| 20 | | poorly at any point in time during your employment? | 11:01:10 |
| 21 | A | Lately.  2016. | 11:01:33 |
| 22 | Q | Okay.  What happened in 2016 that you think | 11:01:38 |
| 23 | | was somehow treating you poorly? | 11:01:50 |
| 24 | A | There were too many gossip around. | 11:01:55 |
| 25 | Q | Okay.  Who was gossiping? | 11:02:01 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| 1  | Q   It was one of the names that you gave me?          | 11:04:01 |
| 2  | A   No.  It was other.                                 | 11:04:04 |
| 3  | Q   Okay.  What was her name?                          | 11:04:05 |
| 4  | A   I don't know the name.  I don't remember.          | 11:04:07 |
| 5  | Q   What did she look like?                            | 11:04:09 |
| 6  | A   Blond.                                             | 11:04:11 |
| 7  | Q   Blond?                                             | 11:04:12 |
| 8  | A   Uh-huh.                                            | 11:04:13 |
| 9  | Q   Do you know approximately what age group           | 11:04:15 |
| 10 | she was in?                                            | 11:04:18 |
| 11 | A   20-something.                                      | 11:04:19 |
| 12 | Q   Okay.  So you heard Lua talking to this            | 11:04:21 |
| 13 | blond 20-something woman.                              | 11:04:24 |
| 14 |     Okay.  Where was this conversation?                | 11:04:27 |
| 15 | A   It was next to me.  I was sitting here, and        | 11:04:37 |
| 16 | she was next to me.                                    | 11:04:41 |
| 17 | Q   What did you hear Lua tell this person?            | 11:04:42 |
| 18 | What were the -- what do you remember hearing Lua      | 11:04:45 |
| 19 | tell this other person?                                | 11:04:47 |
| 20 | A   I hear that she say, "Oh, but he's" --             | 11:04:52 |
| 21 | "he's, like, blind."  Like, "how can" -- like, "how    | 11:05:00 |
| 22 | can" -- like, "how can he will crush on her?  She's,   | 11:05:21 |
| 23 | like, old."                                            | 11:05:24 |
| 24 | Q   Did they mention any names in that                 | 11:05:31 |
| 25 | conversation as to who the "he" is?                    | 11:05:33 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | No. | 11:05:37 |
| 2 | Q | Okay.  Did they mention your name? | 11:05:37 |
| 3 | A | No. | 11:05:40 |
| 4 | Q | Then how did you know that they were | 11:05:45 |
| 5 | | gossiping about you? | 11:05:47 |
| 6 | A | Because there were several issues around | 11:05:49 |
| 7 | | before. | 11:05:54 |
| 8 | Q | What issues? | 11:05:55 |
| 9 | A | Like, the people were -- were talking on | 11:06:08 |
| 10 | | the other team. | 11:06:12 |
| 11 | Q | What other team? | 11:06:13 |
| 12 | A | That -- it was the team in front of me | 11:06:16 |
| 13 | | where -- where that young man, Robert, work on the | 11:06:25 |
| 14 | | team.  It was a new team created.  They talk about | 11:06:29 |
| 15 | | that -- something that Robert was crush on me. | 11:06:43 |
| 16 | | And then another time -- I don't remember | 11:06:50 |
| 17 | | the name of the girl.  She was talking with -- with | 11:06:58 |
| 18 | | Vicky.  And they say, "You take" -- "you invite her | 11:07:03 |
| 19 | | to go with us.  They can invite all." | 11:07:12 |
| 20 | Q | They can invite who? | 11:07:19 |
| 21 | A | She will invite all together to go out. | 11:07:22 |
| 22 | Q | Okay.  Let's go through these one at a | 11:07:27 |
| 23 | | time. | 11:07:31 |
| 24 | | So you said that they -- they are talking, | 11:07:31 |
| 25 | | that he had a crush on me. | 11:07:34 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Who did you -- who was the first person | 11:07:36 |
| 2 | that you heard say -- didn't hear a rumor.  That you | 11:07:39 |
| 3 | actually heard them say. | 11:07:44 |
| 4 | Who was the first person that you heard say | 11:07:46 |
| 5 | that Robert had a crush on you? | 11:07:48 |
| 6 | A    I heard when they would comment -- when | 11:07:55 |
| 7 | they start -- they were talking, like, Jackie -- | 11:08:04 |
| 8 | Jackie, with Carmine, with Robert -- Ricardo. | 11:08:16 |
| 9 | Q    Okay.  Where did this conversation happen? | 11:08:22 |
| 10 | A    In the -- in their team. | 11:08:26 |
| 11 | Q    On their team? | 11:08:29 |
| 12 | A    Yes. | 11:08:30 |
| 13 | Q    How far was their team from where you were | 11:08:30 |
| 14 | sitting? | 11:08:33 |
| 15 | A    It's, like, here to that size. | 11:08:36 |
| 16 | Q    Okay. | 11:08:40 |
| 17 | A    It's an open floor with our cubicle.  So | 11:08:41 |
| 18 | you can hear when you -- when they talk. | 11:08:48 |
| 19 | Q    So Robert was in this conversation? | 11:08:50 |
| 20 | A    No. | 11:08:55 |
| 21 | Q    Oh, I thought you said Robert.  You said | 11:08:56 |
| 22 | Jackie, Carmine, Robert, and Ricardo? | 11:08:58 |
| 23 | A    Yeah. | 11:09:03 |
| 24 | Q    But was Robert in the conversation? | 11:09:03 |
| 25 | A    I think was, but I'm not sure. | 11:09:06 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    So what did you hear them say? | 11:09:09 |
| 2 |      Did they mention your name? | 11:09:14 |
| 3 | A    Yes. | 11:09:17 |
| 4 | Q    Okay.  What did they say? | 11:09:18 |
| 5 | A    I don't know how can -- I don't know how I | 11:09:40 |
| 6 | can explain all this.  I know when the -- the people | 11:09:43 |
| 7 | were talking about me. | 11:09:47 |
| 8 | Q    I understand that.  I want to find out -- | 11:09:50 |
| 9 | this is my time to find out from you -- | 11:09:53 |
| 10 | A    That was -- | 11:09:53 |
| 11 | Q    -- who was talking and -- | 11:09:55 |
| 12 |      MR. HOPPER:  Hang on. | 11:09:57 |
| 13 | BY MS. WASSERMAN: | 11:09:58 |
| 14 | Q    I want to find out from you who was talking | 11:09:58 |
| 15 | and what they were saying. | 11:10:00 |
| 16 | A    They say that -- saying a letter, saying a | 11:10:05 |
| 17 | message.  And then when they were talking, they -- | 11:10:11 |
| 18 | they talk and laugh. | 11:10:20 |
| 19 | Q    Okay.  What were they saying that they were | 11:10:22 |
| 20 | laughing?  What were the words? | 11:10:25 |
| 21 | A    They laugh, I think, because they -- they | 11:10:58 |
| 22 | were -- they were young and I am old. | 11:11:03 |
| 23 | Q    Okay. | 11:11:06 |
| 24 | A    But I never create that -- that because I | 11:11:06 |
| 25 | never talk to him and he never talk to me. | 11:11:12 |

| | | |
|---|---|---|
| 1 | Q    Okay.  I understand that's what you think. | 11:11:15 |
| 2 | What I'm asking you is:  What were they | 11:11:17 |
| 3 | saying when they were laughing? | 11:11:20 |
| 4 | I understand that you believe that they | 11:11:23 |
| 5 | were laughing and talking about you. | 11:11:25 |
| 6 | I'm asking you:  What were they saying? | 11:11:27 |
| 7 | A    Like, I was old.  Like, I -- that -- | 11:11:33 |
| 8 | He should -- I don't know why he -- he | 11:12:34 |
| 9 | should -- he should not do that.  Or sometimes they | 11:12:47 |
| 10 | say, "Oh, it's" -- "you have to write a letter, | 11:12:53 |
| 11 | invite her or call her." | 11:12:56 |
| 12 | This -- but the people still talking | 11:13:09 |
| 13 | around.  When the accounting team was called to the | 11:13:20 |
| 14 | Lisa Blandi office -- or I don't know which office | 11:13:24 |
| 15 | they sent whole accounting team.  And when they | 11:13:29 |
| 16 | back, they say, "I'm not going to" -- "I'm not going | 11:13:32 |
| 17 | to say anything.  He has to say." | 11:13:35 |
| 18 | All accounting team was called when -- with | 11:13:39 |
| 19 | an investigation. | 11:13:46 |
| 20 | Q    Okay. | 11:13:46 |
| 21 | A    I was on my place.  And when they back, | 11:13:47 |
| 22 | they say, "Oh, I'm not going to say anything."  That | 11:13:49 |
| 23 | he has to say. | 11:13:53 |
| 24 | Q    Okay. | 11:13:54 |
| 25 | A    But they know everything about what | 11:13:55 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | happened around. | 11:13:58 |
| 2 | Q    What happened?  I'm still trying to find | 11:13:59 |
| 3 | out exactly what it is that you heard them say other | 11:14:03 |
| 4 | than he shouldn't do that and invite you to go | 11:14:04 |
| 5 | someplace. | 11:14:15 |
| 6 |        I apologize.  I'm trying to find out what | 11:14:16 |
| 7 | it was that got you upset.  Because you said that | 11:14:18 |
| 8 | everything was fine but that it got you upset | 11:14:21 |
| 9 | because you heard them talking. | 11:14:25 |
| 10 |        And what I'm trying to find out from you is | 11:14:27 |
| 11 | what it is that they said that got you upset.  Not | 11:14:30 |
| 12 | what you think they said.  I'm asking what -- I'm | 11:14:35 |
| 13 | trying to find out what you heard them say that got | 11:14:38 |
| 14 | you upset. | 11:14:43 |
| 15 | A    It's, like -- it's kind of -- it's, like, | 11:14:54 |
| 16 | every day, they, like -- they, like, talking and | 11:14:58 |
| 17 | commenting and laughing.  And every person -- every | 11:15:05 |
| 18 | new person that came to the team, they know all the | 11:15:06 |
| 19 | situation about me and Robert -- | 11:15:09 |
| 20 |        MR. HOPPER:  Just listen. | 11:15:11 |
| 21 | BY MS. WASSERMAN: | 11:15:12 |
| 22 | Q    But how did they -- how did they know it? | 11:15:13 |
| 23 |        And how did they know -- and what's -- and | 11:15:15 |
| 24 | what's -- two questions. | 11:15:18 |
| 25 |        How did they know it, and what situation | 11:15:19 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | about you are you talking about? | 11:15:22 |
| 2 | A    Because they comment. | 11:15:24 |
| 3 | Q    Okay.  Who commented to you? | 11:15:27 |
| 4 | A    They not comment to me.  They comment | 11:15:32 |
| 5 | between them. | 11:15:35 |
| 6 | Q    Okay.  Again, what I'm trying to find out | 11:15:35 |
| 7 | is what you actually heard. | 11:15:40 |
| 8 | I understand how you understood it.  But | 11:15:41 |
| 9 | I'm asking -- I'm trying to find out what it is that | 11:15:43 |
| 10 | you heard. | 11:15:46 |
| 11 | A    It's almost all the comments like -- like, | 11:15:53 |
| 12 | he was trying to do something but -- like, "Look" -- | 11:16:06 |
| 13 | "look what Robert" -- "look what Robert is doing." | 11:16:19 |
| 14 | "Look what Robert is" -- "is thinking." | 11:16:26 |
| 15 | And then how can -- how can he do that? | 11:16:34 |
| 16 | Q    How can he do what?  What did you hear him | 11:16:43 |
| 17 | say? | 11:16:46 |
| 18 | You said you heard people say, "look at" -- | 11:16:47 |
| 19 | you heard people say, "how can he do that?" | 11:16:49 |
| 20 | That what? | 11:16:52 |
| 21 | A    I don't know how -- how to -- how to | 11:17:19 |
| 22 | explain. | 11:17:23 |
| 23 | Q    I'm trying to make this as simple as I can. | 11:17:23 |
| 24 | I'm just trying to figure out -- you said that you | 11:17:26 |
| 25 | were at your desk and you heard people talking. | 11:17:28 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    Yes. | 11:17:32 |
| 2 | Q    And you thought they were talking about | 11:17:33 |
| 3 | you. | 11:17:34 |
| 4 | A    Uh-huh. | 11:17:35 |
| 5 | Q    And I'm simply trying to find out what you | 11:17:36 |
| 6 | heard them saying about you. | 11:17:40 |
| 7 | Counsel, I don't know any -- how -- if | 11:17:44 |
| 8 | there's any simpler way for me to phrase the | 11:17:46 |
| 9 | questions. | 11:17:49 |
| 10 | MR. HOPPER:  Yeah.  No.  I -- | 11:17:51 |
| 11 | MS. WASSERMAN:  I'm being as simple as I | 11:17:53 |
| 12 | can. | 11:17:55 |
| 13 | MR. HOPPER:  Yeah. | 11:17:55 |
| 14 | Do you understand her questions, or is it | 11:17:56 |
| 15 | that you're having trouble verbalizing your | 11:17:57 |
| 16 | response?  You're having trouble finding the words, | 11:18:01 |
| 17 | or you're having trouble understanding? | 11:18:04 |
| 18 | THE WITNESS:  Yeah.  It's hard to find the | 11:18:07 |
| 19 | word how can -- to explain -- | 11:18:09 |
| 20 | BY MS. WASSERMAN: | 11:18:10 |
| 21 | Q    Just really simple. | 11:18:11 |
| 22 | A    -- all the comments that they -- they say. | 11:18:12 |
| 23 | Like, it's hard for me to -- to hear every | 11:18:20 |
| 24 | day, like, I am older.  I am older.  I am older. | 11:18:25 |
| 25 | Q    Okay.  So who specifically did you hear say | 11:18:30 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | on a regular basis that you are old, you are old, | 11:18:34 |
| 2 | you are old? | 11:18:40 |
| 3 |     A    Every time when the two, three people | 11:18:41 |
| 4 | standing over there and comment and laughing. | 11:18:44 |
| 5 |     Q    When you say "standing over there," how far | 11:18:50 |
| 6 | from where you were? | 11:18:53 |
| 7 |     A    From here to there. | 11:18:54 |
| 8 |     Q    So you're saying basically across the | 11:18:55 |
| 9 | table -- let's call this six feet?  They were | 11:18:58 |
| 10 | standing that close to you? | 11:19:01 |
| 11 |     A    Yeah.  You can hear. | 11:19:02 |
| 12 |     Q    Okay. | 11:19:05 |
| 13 |     A    Because they would stand that, and then | 11:19:08 |
| 14 | they were talking. | 11:19:11 |
| 15 |     Q    How often -- how much of the day were they | 11:19:14 |
| 16 | standing, talking -- and talking about you being | 11:19:17 |
| 17 | old?  An hour? | 11:19:31 |
| 18 |     A    No.  Okay.  It's -- I mean it's when they | 11:19:32 |
| 19 | talk and -- | 11:19:37 |
| 20 |     Q    Every day? | 11:19:38 |
| 21 |     A    Yeah.  And they -- yes.  And they -- yeah. | 11:19:38 |
| 22 |     Q    So they -- just said that you are old? | 11:19:43 |
| 23 |     Do you remember anything else that they | 11:19:45 |
| 24 | said? | 11:21:15 |
| 25 |     A    That's the practical. | 11:21:15 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    I'm sorry? | 11:21:18 |
| 2 | A    That's the comment that I heard.  So -- | 11:21:19 |
| 3 | Q    Okay.  Who did you -- who did you hear | 11:21:22 |
| 4 | specifically saying that you are old? | 11:21:25 |
| 5 | A    Everybody think.  Everybody says so. | 11:21:31 |
| 6 | Q    Can you give me the names of who you heard | 11:21:35 |
| 7 | with your own ears was saying that you were old? | 11:21:37 |
| 8 | A    When they were talking next to me, Lua with | 11:21:45 |
| 9 | other girl.  And then there was another receptionist | 11:21:50 |
| 10 | next to me and was talking with another man and say, | 11:21:56 |
| 11 | "What do you think that" -- like -- like, "he | 11:22:03 |
| 12 | thinks" -- "What do you say what he think about | 11:22:13 |
| 13 | her?" | 11:22:15 |
| 14 | And then they talk and laugh.  Because they | 11:22:16 |
| 15 | were -- they were watching me and they were talking. | 11:22:21 |
| 16 | And I know when -- when they were talking and they | 11:22:24 |
| 17 | were laughing. | 11:22:28 |
| 18 | Q    So they -- so these people were talking, | 11:22:28 |
| 19 | Lua and some other girl.  And the reception -- | 11:22:31 |
| 20 | A    And there was another day.  And there | 11:22:34 |
| 21 | was -- other day.  There was another reception.  A | 11:22:36 |
| 22 | new reception was talking with a man. | 11:22:40 |
| 23 | Q    And you hear them -- and so you heard them | 11:22:43 |
| 24 | talking and laughing, and you thought they were | 11:22:45 |
| 25 | talking about you? | 11:22:47 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | They talking about me. | 11:22:50 |
| 2 | Q | How did you know they were talking about | 11:22:52 |
| 3 | you? | | 11:22:54 |
| 4 | A | I know when they refer that he's -- like, | 11:22:54 |
| 5 | he's crazy thinking about that. | | 11:22:56 |
| 6 | Q | Did they mention a "he" by name? | 11:23:00 |
| 7 | A | No. | 11:23:03 |
| 8 | Q | Okay.  So how did you know who they were | 11:23:03 |
| 9 | talking about when they were talking about "he's | | 11:23:06 |
| 10 | crazy" or -- | | 11:23:08 |
| 11 | A | Because they were talking and watching me. | 11:23:11 |
| 12 | Q | But how do you know they were talking about | 11:23:14 |
| 13 | you? | | 11:23:16 |
| 14 | A | I know because there was -- at that time, | 11:23:17 |
| 15 | all the information around all the floor. | | 11:23:20 |
| 16 | Q | What is the information that was all around | 11:23:23 |
| 17 | the floor? | | 11:23:26 |
| 18 | A | That he was crazy and he trying to -- to | 11:23:27 |
| 19 | reach -- or send flowers or send message.  They | | 11:23:32 |
| 20 | communicate by messages. | | 11:23:37 |
| 21 | Q | Okay. | 11:23:39 |
| 22 | A | They communicated by messages.  And then, | 11:23:40 |
| 23 | "Oh, look what he says.  Oh, look what she say." | | 11:23:43 |
| 24 | Q | How did you know that they were | 11:23:48 |
| 25 | communicating about you via -- when you say | | 11:23:50 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1    "message," like, an instant messaging?              11:23:53
 2        A    Yeah.  Between them.                        11:23:54
 3        Q    How did you know that --                    11:23:55
 4        A    And Lua, she said, "Oh, look."  Because I   11:23:56
 5    hear.                                                11:23:59
 6        Q    Okay.  But in these -- in what you've       11:24:01
 7    heard, did they specifically talk about you and      11:24:05
 8    somebody else, or did they talk about her, and they  11:24:08
 9    talk about him?                                      11:24:11
10        A    Yeah.  Her and him.                         11:24:11
11        Q    So how did you know that the her was you?   11:24:13
12        A    I can't explain to you, but I knew it was   11:24:19
13    talking about me.                                    11:24:23
14        Q    How did you -- okay.  You said that you     11:24:24
15    know that there was messages going on on the         11:24:26
16    computer by everybody about you.                     11:24:28
17            How did you know that they were sending      11:24:31
18    messages on their computers about you?               11:24:34
19        A    For the comment that they say around there. 11:24:37
20    What they say, "Oh, look what she said.  This is     11:24:41
21    this."  "Oh, look what he's doing.  He's going to    11:24:45
22    send a flower."  "Oh, he's going to send a message." 11:24:49
23    And then, "We send a message by phone."              11:24:52
24            They say that they're saying a message to    11:24:56
25    my home phone.                                       11:24:58
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    Okay.  This is Robert? | 11:25:02 |
| 2 | A    Yes.  They say this is -- but -- | 11:25:03 |
| 3 | Q    But, again, how did you know that they were | 11:25:06 |
| 4 | all communicating on the computer about this?  Did | 11:25:08 |
| 5 | you go looking at everyone's computer? | 11:25:11 |
| 6 | A    No.  I heard from the comments, for the | 11:25:15 |
| 7 | comments that they talk. | 11:25:16 |
| 8 | Q    So -- but you don't know if they did on the | 11:25:17 |
| 9 | computers? | 11:25:19 |
| 10 | A    No. | 11:25:19 |
| 11 | Q    Okay.  Now, did you -- you said there was | 11:25:27 |
| 12 | an investigation done. | 11:25:34 |
| 13 | Remember saying that everyone was called in | 11:25:37 |
| 14 | to do an investigation? | 11:25:40 |
| 15 | Do you remember -- | 11:25:43 |
| 16 | A    Carlton -- Carlton say. | 11:25:45 |
| 17 | Q    Carlton told you there was an | 11:25:48 |
| 18 | investigation? | 11:25:50 |
| 19 | A    That he did that investigation. | 11:25:50 |
| 20 | Q    Okay. | 11:25:50 |
| 21 | A    That investigation doesn't mean that | 11:25:52 |
| 22 | they -- they call to all accounting. | 11:25:54 |
| 23 | Q    To find out if they were talking about you | 11:25:57 |
| 24 | and to tell them not to talk about you; right? | 11:25:59 |
| 25 | A    To ask what happened.  But I think | 11:26:02 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | everybody say they didn't hear anything or they | 11:26:08 |
| 2 | didn't know anything. | 11:26:10 |
| 3 | Q    Why would -- | 11:26:12 |
| 4 | A    But when they back, one -- one person | 11:26:13 |
| 5 | comment, "I'm not going to say anything about that. | 11:26:18 |
| 6 | He has to" -- "he has to talk." | 11:26:21 |
| 7 | Q    Who was that that made that statement? | 11:26:23 |
| 8 | A    I think it was Vicky. | 11:26:28 |
| 9 | Q    Vicky? | 11:26:29 |
| 10 | A    I think it was Vicky's voice. | 11:26:30 |
| 11 | Q    Okay.  Is there anything else that you | 11:26:33 |
| 12 | specifically remember hearing people talking about | 11:26:39 |
| 13 | you that made you feel uncomfortable other than what | 11:26:42 |
| 14 | you've already been talking about? | 11:26:49 |
| 15 | A    I can't explain that every day, like -- | 11:27:28 |
| 16 | like, what happened.  But it was here and there. | 11:27:31 |
| 17 | And then that team, when -- where Robert | 11:27:38 |
| 18 | work, there are mens.  And sometimes they -- they | 11:27:42 |
| 19 | comment and laugh. | 11:27:50 |
| 20 | Q    Okay.  So Robert called you? | 11:27:51 |
| 21 | A    No. | 11:27:53 |
| 22 | Q    Okay.  Who called you and laughed? | 11:27:54 |
| 23 | A    No.  Nobody called me. | 11:27:58 |
| 24 | MR. HOPPER:  I think she said comment. | 11:28:01 |
| 25 | THE WITNESS:  Comment. | 11:28:02 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | MS. WASSERMAN:  Thank you. | 11:28:02 |
| 2 | Q    Where did Robert work?  Was Robert in | 11:28:03 |
| 3 | accounts payable, or was -- | 11:28:11 |
| 4 | A    No.  He's not in accounts payable.  It was | 11:28:11 |
| 5 | another team. | 11:28:14 |
| 6 | Q    What did Robert do?  What was Robert's job? | 11:28:15 |
| 7 | A    I don't know. | 11:28:18 |
| 8 | Q    When did you meet Robert? | 11:28:18 |
| 9 | A    I didn't -- I never meet him.  He work in | 11:28:21 |
| 10 | front of.  I only pass around. | 11:28:26 |
| 11 | Q    Did you know who Robert was? | 11:28:27 |
| 12 | A    I know who's Robert. | 11:28:31 |
| 13 | Q    Had you ever talked to Robert? | 11:28:33 |
| 14 | A    No. | 11:28:35 |
| 15 | Q    Had Robert ever talked to you? | 11:28:35 |
| 16 | A    No.  Only look.  He only look.  So I know | 11:28:37 |
| 17 | who is the -- | 11:28:43 |
| 18 | Q    Okay. | 11:28:45 |
| 19 | A    But I don't know how it start everything. | 11:28:50 |
| 20 | So -- | 11:28:53 |
| 21 | Q    Did you ever ask anybody -- when you heard, | 11:28:53 |
| 22 | like, Lua or you heard anybody making these | 11:28:56 |
| 23 | comments, what did you say? | 11:29:01 |
| 24 | A    I tried to stop. | 11:29:02 |
| 25 | Q    What did you -- | 11:29:03 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    I ask Lua.  I ask Vicky.  I said, "I need | 11:29:04 |
| 2 | to stop all this comment that is around.  Tell me." | 11:29:07 |
| 3 | Q    And what did -- | 11:29:12 |
| 4 | A    But they say, "No.  They will talk about | 11:29:14 |
| 5 | you.  You are" -- "are a respectful person.  You | 11:29:16 |
| 6 | don't talk with nobody.  You are a quiet person." | 11:29:21 |
| 7 | And nobody wants to tell me the truth. | 11:29:24 |
| 8 | Q    So you asked Lua, "Why is everyone talking | 11:29:28 |
| 9 | about me?"  And Lua said, "No one's talking about | 11:29:30 |
| 10 | you"; right? | 11:29:33 |
| 11 | A    Yeah.  Nobody wants to tell me. | 11:29:33 |
| 12 | Q    And you asked Vicky, "Why is everyone | 11:29:35 |
| 13 | talking about me," and Vicky said, "No one is | 11:29:38 |
| 14 | talking about you"? | 11:29:41 |
| 15 | A    Yes.  That's what they say.  But they hear | 11:29:42 |
| 16 | everybody when they talk. | 11:29:46 |
| 17 | Q    Who else did you actually ask to stop | 11:29:47 |
| 18 | talking about you? | 11:29:52 |
| 19 | You said Vicky and Lua.  Who else? | 11:29:55 |
| 20 | A    I talked to Maria Higa. | 11:29:57 |
| 21 | Q    What did Maria Higa say? | 11:30:00 |
| 22 | A    Maria Higa only listen and then say that -- | 11:30:03 |
| 23 | she's the one who talk to the managers about the | 11:30:07 |
| 24 | problems. | 11:30:10 |
| 25 | Q    Okay.  Did Maria Higa tell you that no one | 11:30:10 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | was talking about you? | 11:30:14 |
| 2 | A    Everybody say no one is talking about you. | 11:30:16 |
| 3 | Q    Okay.  Was there anybody who said that they | 11:30:19 |
| 4 | were talking about you? | 11:30:23 |
| 5 | A    Nobody wants to tell me. | 11:30:26 |
| 6 | Q    So nobody told you that they were talking | 11:30:28 |
| 7 | about you? | 11:30:30 |
| 8 | A    Nobody wants to tell me.  But I heard the | 11:30:31 |
| 9 | comments. | 11:30:35 |
| 10 | Q    Okay.  Did anybody else hear the | 11:30:39 |
| 11 | conversations?  Was there anybody else who said to | 11:30:41 |
| 12 | you, you know, "I've heard them talking about you"? | 11:30:45 |
| 13 | A    No. | 11:30:51 |
| 14 | Q    All right.  Now, at some point in time, I | 11:30:56 |
| 15 | believe you mentioned to Carlton that you were | 11:31:05 |
| 16 | concerned about your computer. | 11:31:11 |
| 17 | A    Yes. | 11:31:16 |
| 18 | Q    Okay.  And you were concerned about people | 11:31:16 |
| 19 | watching you through the computer. | 11:31:20 |
| 20 | A    Yes. | 11:31:23 |
| 21 | Q    Okay.  What is it that you were | 11:31:23 |
| 22 | concerned -- what is it -- can you explain what was | 11:31:25 |
| 23 | going on that caused you to believe that people were | 11:31:28 |
| 24 | looking at you through your computer? | 11:31:31 |
| 25 | A    When that team knows that they are going to | 11:31:38 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | fire me, they went to their manager, and they told | 11:31:41 |
| 2 | the truth -- they told -- they say everything that | 11:31:47 |
| 3 | she say is true.  And then they say don't fire me, | 11:31:50 |
| 4 | that they are going to watch me if I do anything to | 11:32:02 |
| 5 | the system. | 11:32:07 |
| 6 | And the manager assign two people to watch | 11:32:09 |
| 7 | me every day in case I do something to the system or | 11:32:14 |
| 8 | I deleted any e-mails or something like that, any -- | 11:32:20 |
| 9 | something wrong. | 11:32:25 |
| 10 | Q    Okay.  You started this answer by saying | 11:32:27 |
| 11 | when the team knew that they were going to fire you. | 11:32:33 |
| 12 | What team do you believe knew -- | 11:32:35 |
| 13 | A    The team where Robert work.  It was Jackie, | 11:32:39 |
| 14 | Carmine, Ricardo, and the supervisor -- I don't know | 11:32:47 |
| 15 | the name. | 11:32:50 |
| 16 | Q    But that was not accounting? | 11:32:51 |
| 17 | A    No.  It's another team.  The one that | 11:32:53 |
| 18 | created all this. | 11:32:56 |
| 19 | Q    So they knew that you were -- they were | 11:32:57 |
| 20 | not -- they were not in accounting? | 11:33:00 |
| 21 | A    No. | 11:33:02 |
| 22 | Q    They had nothing to do with accounting? | 11:33:02 |
| 23 | A    No. | 11:33:04 |
| 24 | Q    How did -- | 11:33:04 |
| 25 | A    Accounting -- there is a floor like that | 11:33:07 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | that -- accounting is here.  And the team that I say | 11:33:10 |
| 2 | is here.  And the other is brokerage. | 11:33:15 |
| 3 | Q    Okay.  Why do you believe that the team, | 11:33:17 |
| 4 | the nonaccounting team with Jackie and Carmine and | 11:33:23 |
| 5 | Roberto -- why do you believe that they somehow knew | 11:33:28 |
| 6 | that you were going to be fired? | 11:33:32 |
| 7 | A    Because of the comment that was around. | 11:33:33 |
| 8 | They know -- they knew that I was going to fire. | 11:33:36 |
| 9 | Q    How did -- but I need to know:  Why do you | 11:33:40 |
| 10 | think that they knew you were going to be fired? | 11:33:44 |
| 11 | A    Because they knew. | 11:33:47 |
| 12 | Q    How do you -- how do you know? | 11:33:48 |
| 13 | A    I hear. | 11:33:50 |
| 14 | Q    What did you hear them say that led you to | 11:33:52 |
| 15 | believe that they somehow knew in a completely | 11:33:56 |
| 16 | different department that you were in that you were | 11:33:58 |
| 17 | going to be fired? | 11:34:01 |
| 18 | A    Because I hear. | 11:34:03 |
| 19 | Q    What did you hear? | 11:34:06 |
| 20 | A    That I was going to fire. | 11:34:06 |
| 21 | Q    Who did you hear that from? | 11:34:08 |
| 22 | A    For the comments. | 11:34:10 |
| 23 | Q    Who? | 11:34:12 |
| 24 | A    They say I should -- there's one person | 11:34:12 |
| 25 | who -- | 11:34:15 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | MR. HOPPER:  Wait.  Listen.  Listen. | 11:34:15 |
| 2 | BY MS. WASSERMAN: | 11:34:18 |
| 3 | Q    Who? | 11:34:18 |
| 4 | MR. HOPPER:  Just the names. | 11:34:19 |
| 5 | THE WITNESS:  The voice.  Maybe it's -- I | 11:34:22 |
| 6 | don't know it was Lua or Karim.  Like, they say | 11:34:30 |
| 7 | the -- if -- if I knew what is going to happen, I | 11:34:38 |
| 8 | could tell the truth, but right now, legal corporate | 11:34:43 |
| 9 | is -- is investigating. | 11:34:47 |
| 10 | BY MS. WASSERMAN: | 11:34:52 |
| 11 | Q    Okay.  But my question was different. | 11:34:52 |
| 12 | My question is:  You said that the team, | 11:34:54 |
| 13 | the nonaccounting team, the other team where Jackie | 11:34:58 |
| 14 | and Carmine and Roberto worked -- that they somehow | 11:35:03 |
| 15 | knew that you were going to be fired.  And I'm | 11:35:07 |
| 16 | trying to figure out:  Why did you think that they | 11:35:09 |
| 17 | knew that you were going to be fired? | 11:35:12 |
| 18 | MR. HOPPER:  Asked and answered. | 11:35:16 |
| 19 | MS. WASSERMAN:  Actually, it hasn't been. | 11:35:19 |
| 20 | I'm trying to get to the answer to that. | 11:35:20 |
| 21 | Q    Why did you think that they knew? | 11:35:22 |
| 22 | Did one of them tell you?  Did Roberto tell | 11:35:25 |
| 23 | you? | 11:35:28 |
| 24 | A    No. | 11:35:28 |
| 25 | Q    Did Jackie tell you? | 11:35:29 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | But somebody tell them. | 11:35:31 |
| 2 | Q | How do you -- | 11:35:31 |
| 3 | A | They always went in communication. | 11:35:33 |
| 4 | Q | But how did you -- but -- I'm asking a very | 11:35:34 |
| 5 | | specific -- it's a specific question. | 11:35:37 |
| 6 | | You said that they knew that you were going | 11:35:38 |
| 7 | | to be fired.  And I want to know:  How is it that | 11:35:40 |
| 8 | | you know that they knew you were going to be fired? | 11:35:43 |
| 9 | A | Because I hear. | 11:35:49 |
| 10 | Q | From whom?  Who told you -- | 11:35:52 |
| 11 | A | From the comments around. | 11:35:55 |
| 12 | Q | Right.  Who told you -- | 11:35:57 |
| 13 | A | Uh-huh. | 11:35:59 |
| 14 | Q | -- that the Jackie, Carmine, Roberto team | 11:36:00 |
| 15 | | knows or knew that you were going to be fired? | 11:36:05 |
| 16 | A | There's one -- this was one day that Steven | 11:36:12 |
| 17 | | Sullivan went to Andrew Decelles -- he was the | 11:36:19 |
| 18 | | supervisor from brokerage -- and he told, "Today is | 11:36:26 |
| 19 | | her last day.  So give this paper," and -- like, I | 11:36:32 |
| 20 | | has to leave with him. | 11:36:44 |
| 21 | Q | Where -- did you hear Steven Sullivan tell | 11:36:47 |
| 22 | | them this? | 11:36:50 |
| 23 | A | Yes. | 11:36:51 |
| 24 | Q | Okay.  Where were you? | 11:36:51 |
| 25 | A | On my place. | 11:36:53 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | Okay.  Where was Steven -- | 11:36:54 |
| 2 | A | Andrew Decelles. | 11:36:57 |
| 3 | Q | I'm sorry? | 11:37:01 |
| 4 | A | Andrew.  He's sitting, like -- more like | 11:37:01 |
| 5 | | there. | 11:37:06 |
| 6 | Q | So you were sitting where you are, and | 11:37:06 |
| 7 | | then -- and you're pointing at the wall -- | 11:37:09 |
| 8 | A | Yeah. | 11:37:11 |
| 9 | Q | Which is probably -- | 11:37:12 |
| 10 | A | -- it's some over there -- by the doors. | 11:37:13 |
| 11 | | Yeah. | 11:37:16 |
| 12 | Q | Like, 20, 50 feet?  I'm not -- | 11:37:16 |
| 13 | | MR. HOPPER:  I don't think it's that far. | 11:37:20 |
| 14 | | Probably 20.  30, 40. | 11:37:21 |
| 15 | | MS. WASSERMAN:  30, 40.  Okay. | 11:37:25 |
| 16 | | MR. HOPPER:  Yeah. | 11:37:27 |
| 17 | | BY MS. WASSERMAN: | 11:37:27 |
| 18 | Q | So you heard that conversation 30 or | 11:37:27 |
| 19 | | 40 feet away? | 11:37:30 |
| 20 | A | Yes.  The way he said like that. | 11:37:31 |
| 21 | Q | Okay.  You said that a manager had two | 11:37:37 |
| 22 | | people assigned to watch everything that you were | 11:37:39 |
| 23 | | doing every day. | 11:37:42 |
| 24 | | Which manager was that? | 11:37:44 |
| 25 | A | Andrew.  Andrew Uys.  Andre.  Andre. | 11:37:45 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | Andre. Okay. | 11:37:45 |
| 2 | A | Andre Uys. | 11:37:56 |
| 3 | Q | Right. | 11:37:56 |
| 4 | A | Or something. | 11:37:56 |
| 5 | Q | And you went into Andrew -- Andre -- | 11:37:57 |
| 6 | | Andre -- spelling of the last name is U-y-s, I | 11:38:01 |
| 7 | | believe. | 11:38:07 |
| 8 | A | Yes. | 11:38:07 |
| 9 | Q | You went into his office and told him -- | 11:38:08 |
| 10 | | you confronted him; right? | 11:38:12 |
| 11 | A | After. | 11:38:14 |
| 12 | Q | Yes. You went into his office and | 11:38:15 |
| 13 | | confronted him. Why is he doing that. Remember? | 11:38:18 |
| 14 | A | Uh-huh. | 11:38:22 |
| 15 | Q | Do you remember him telling you he had no | 11:38:22 |
| 16 | | idea who you were? | 11:38:24 |
| 17 | A | Yes. He told me like that. But I heard | 11:38:29 |
| 18 | | every day when he was talking to corporate office. | 11:38:32 |
| 19 | Q | So even -- okay. But he told you he didn't | 11:38:35 |
| 20 | | know who you were. | 11:38:40 |
| 21 | A | Yes. | 11:38:41 |
| 22 | Q | But you didn't believe him? | 11:38:41 |
| 23 | A | No. | 11:38:42 |
| 24 | Q | Okay. All right. Who were the two people | 11:38:43 |
| 25 | | that were assigned to watch you every day? | 11:38:48 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | It was Jackie and Carmine. | 11:38:53 |
| 2 | Q | So Jackie and Carmine who were not in | 11:38:56 |
| 3 | accounting -- | | 11:38:59 |
| 4 | A | No. | 11:39:00 |
| 5 | Q | -- were assigned to watch you? | 11:39:00 |
| 6 | A | Yes. | 11:39:02 |
| 7 | Q | Who assigned them to watch you?  Andre? | 11:39:02 |
| 8 | A | Andre.  Because Andre is the manager of the | 11:39:08 |
| 9 | manager of that team. | | 11:39:13 |
| 10 | Q | Okay.  So Andre is the manager of the | 11:39:13 |
| 11 | manager of the team that -- | | 11:39:16 |
| 12 | A | That created all the problem. | 11:39:17 |
| 13 | Q | That Carmine and Roberto and Jackie worked | 11:39:18 |
| 14 | for? | | 11:39:21 |
| 15 | A | Yes.  Yes. | 11:39:21 |
| 16 | Q | Okay.  So he -- so Andre told Jackie and | 11:39:22 |
| 17 | Carmine to watch you. | | 11:39:27 |
| 18 | A | Yes. | 11:39:28 |
| 19 | Q | Okay.  Did they? | 11:39:29 |
| 20 | A | Yes. | 11:39:31 |
| 21 | Q | How did they watch you? | 11:39:31 |
| 22 | A | They give access to my computer. | 11:39:34 |
| 23 | Q | Okay.  So they weren't -- so Jackie and | 11:39:38 |
| 24 | Carmine were not standing over your shoulder? | | 11:39:41 |
| 25 | A | No.  They were on their place and looking | 11:39:43 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | at my computer. | 11:39:46 |
| 2 | Q   How do you know that? | 11:39:48 |
| 3 | A   Because, when I was checking my e-mails, I | 11:39:49 |
| 4 | deleted what I don't needed.  And then later, when I | 11:39:54 |
| 5 | check again, my e-mail was put again.  I say, "What | 11:39:59 |
| 6 | is this?  I already deleted." | 11:40:08 |
| 7 | Q   But how do you know -- did you contact | 11:40:10 |
| 8 | Expeditors IT computer people to ask them why you | 11:40:14 |
| 9 | were deleting e-mails and they were then coming | 11:40:19 |
| 10 | back? | 11:40:22 |
| 11 | A   It's not happen only one day.  I told Maria | 11:40:22 |
| 12 | Higa.  I told Maria, "I can't do my work.  Either | 11:40:25 |
| 13 | people watching me is going to put again the e-mails | 11:40:30 |
| 14 | that I deleted.  I'm working double." | 11:40:34 |
| 15 | Q   Okay.  My question is:  Did you contact the | 11:40:37 |
| 16 | information technology department, the computer | 11:40:41 |
| 17 | department? | 11:40:43 |
| 18 | A   No. | 11:40:43 |
| 19 | Q   Okay.  How do you know that it was Jackie | 11:40:43 |
| 20 | and Carmine and not just a computer mistake? | 11:40:48 |
| 21 | A   Because then they talk and they say -- they | 11:40:58 |
| 22 | told also to Ricardo instead of delete it, they put | 11:41:02 |
| 23 | away on something like that.  Something.  But don't | 11:41:09 |
| 24 | put again to the -- don't restore all those e-mail | 11:41:12 |
| 25 | that I already deleted.  They can keep it aside.  Or | 11:41:20 |

ROSA AGUILAR - January 6, 2020
AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

| | | |
|---|---|---|
| 1 | I don't know how to keep it. | 11:41:24 |
| 2 | Q    So you said Jackie and Carmine told | 11:41:25 |
| 3 | Robert -- told Roberto that they were -- | 11:41:28 |
| 4 | A    No. | 11:41:30 |
| 5 | Q    Okay. | 11:41:31 |
| 6 | A    Ricardo. | 11:41:31 |
| 7 | Q    I'm sorry -- told Ricardo that they were | 11:41:32 |
| 8 | watching your computer -- watching you on your | 11:41:34 |
| 9 | computer? | 11:41:36 |
| 10 | A    Yeah.  All the team was watching my | 11:41:37 |
| 11 | computer. | 11:41:40 |
| 12 | Q    Okay.  Where -- how did you find out that | 11:41:40 |
| 13 | Jackie and Carmine told Ricardo this? | 11:41:45 |
| 14 | A    Because I hear. | 11:41:47 |
| 15 | Q    You heard the conversation. | 11:41:49 |
| 16 | A    Yes. | 11:41:52 |
| 17 | Q    What did you -- what specifically did you | 11:41:52 |
| 18 | hear them say? | 11:41:54 |
| 19 | A    That they say don't delete the e-mails. | 11:41:55 |
| 20 | "Oh, I didn't know."  So something like that.  "I | 11:41:59 |
| 21 | didn't know."  So from that day, they -- they didn't | 11:42:01 |
| 22 | restore my e-mails.  I don't know where they put it. | 11:42:08 |
| 23 | But they didn't restore the e-mails. | 11:42:11 |
| 24 | Q    How did you know that they weren't just | 11:42:13 |
| 25 | talking about what they were doing, their job, which | 11:42:14 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | learning from you? | 11:45:10 |
| 2 | A    They should ask. | 11:45:13 |
| 3 | Q    Okay. | 11:45:15 |
| 4 | A    And why, when I say they were watching, say | 11:45:17 |
| 5 | nobody's watching you?  And after that, I went on | 11:45:21 |
| 6 | vacation in August.  I think around 18, 19.  When I | 11:45:26 |
| 7 | back, all the people have headphones.  All the | 11:45:32 |
| 8 | people have headphones. | 11:45:38 |
| 9 | I asked my supervisor, Maria.  "Why other | 11:45:42 |
| 10 | people have headphone and I don't have it?" | 11:45:45 |
| 11 | "Oh, it's for the noise," or something like | 11:45:49 |
| 12 | that.  It's because they want to communicate it and | 11:45:51 |
| 13 | they don't want me to hear because they knew every | 11:45:57 |
| 14 | time, when I say something what is true, they say, | 11:46:00 |
| 15 | "She knows.  She knows.  She knows." | 11:46:03 |
| 16 | Because I hear them when they comment.  But | 11:46:07 |
| 17 | it was worse because, when you use the headphone, | 11:46:10 |
| 18 | you talk more louder.  I can hear more. | 11:46:13 |
| 19 | Q    Okay.  So what kind -- tell me what these | 11:46:20 |
| 20 | headphones looked like.  Were they the full | 11:46:23 |
| 21 | over-the-ear, or were they, like, headsets that you | 11:46:26 |
| 22 | sometimes have with telephones? | 11:46:29 |
| 23 | A    It's, like, this.  Like, round -- | 11:46:29 |
| 24 | Q    Let's -- let the record reflect that what | 11:46:31 |
| 25 | is being described on the video are -- | 11:46:35 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC. - 800.540.0681**          111

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1      Q    Okay.  Why do you think you were            12:57:23

 2   terminated?                                          12:57:27

 3            MR. HOPPER:  Calls for speculation.         12:57:28

 4            THE WITNESS:  I don't know.                 12:57:34

 5   BY MS. WASSERMAN:                                    12:57:35

 6      Q    Nobody ever told you?                        12:57:35

 7      A    No.  They just told me go to your house and  12:57:37

 8   take a rest.                                         12:57:41

 9      Q    Okay.  All right.  Well, let's go -- let's   12:57:43

10   go back.                                             12:57:46

11            Now, do you remember back in April of 2016  12:57:46

12   you had spoken with Maria Higa --                    12:57:51

13      A    Uh-huh.                                      12:57:54

14      Q    -- and you told her that you wanted a        12:57:54

15   transfer?                                            12:57:57

16      A    Yes.                                         12:57:58

17      Q    Do you remember why you wanted to transfer   12:57:58

18   back in April -- the end of April of 2016?           12:58:00

19      A    I told her that I can't stand anymore there  12:58:06

20   because there's too much gossip around.  And I can   12:58:10

21   do my job on any -- on any department.  So --        12:58:13

22      Q    You what?                                    12:58:17

23      A    I can still doing the job I'm doing,         12:58:18

24   accounting.  I can still doing in another            12:58:21

25   department.                                          12:58:24
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    And everyone who was doing payables worked | 12:59:18 |
| 2 | in the same location? | 12:59:21 |
| 3 | A    Yes. | 12:59:22 |
| 4 | Q    Okay.  So when you asked Maria Higa about | 12:59:22 |
| 5 | that, there was an offer to move you to a different | 12:59:26 |
| 6 | desk; correct? | 12:59:29 |
| 7 | A    No. | 12:59:30 |
| 8 | Q    You do not remember Maria Higa offering to | 12:59:31 |
| 9 | change your desk? | 12:59:35 |
| 10 | A    No. | 12:59:36 |
| 11 | Q    Do you remember Lisa Blandi offering to | 12:59:36 |
| 12 | change your desk? | 12:59:39 |
| 13 | A    No.  I asked me to move. | 12:59:39 |
| 14 | Q    I'm not saying move location.  I'm saying | 12:59:41 |
| 15 | change the desk that you were working at. | 12:59:44 |
| 16 | A    No. | 12:59:46 |
| 17 | Q    So you don't remember that at all? | 12:59:46 |
| 18 | A    No.  They didn't offer me. | 12:59:48 |
| 19 | Q    Okay.  Do you remember telling Maria Higa | 12:59:49 |
| 20 | that you didn't want to just change your desk; you | 12:59:57 |
| 21 | wanted to change the entire area that you were | 13:00:01 |
| 22 | working in? | 13:00:03 |
| 23 | A    Yes. | 13:00:05 |
| 24 | Q    Okay.  Where did you want to work? | 13:00:05 |
| 25 | A    Maybe on the other side.  There is another | 13:00:09 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1  at you through your --                           13:02:07
 2     A    I don't know.  I saw, like, two -- two   13:02:08
 3  people -- two, three people I saw.  New.  Uh-huh. 13:02:10
 4     Q    Now, on the same day as you told Maria Higa 13:02:17
 5  that you wanted to move because you couldn't work 13:02:21
 6  with everyone talking about you --               13:02:26
 7     A    Yes.                                      13:02:29
 8     Q    -- do you remember having a meeting with  13:02:29
 9  Lisa Blandi and Diane Griffin?                   13:02:33
10     A    Yes.                                      13:02:36
11     Q    What do you remember about the meeting that 13:02:37
12  you had with Lisa Blandi and Diane Griffin?  Do you 13:02:39
13  remember anything about that conversation?       13:02:48
14          You don't remember -- do you remember -- do 13:02:50
15  you remember them -- do you remember telling them 13:02:52
16  that you wanted to work in another department?   13:02:54
17     A    Yes.                                      13:02:56
18     Q    Okay.  Had you ever performed any work for 13:02:57
19  Expeditors other than accounts payable work?     13:03:01
20     A    No.                                       13:03:05
21     Q    Okay.  Were you qualified to work in any  13:03:05
22  other department at Expeditors?                  13:03:07
23          MR. HOPPER:  Calls for speculation.       13:03:10
24  BY MS. WASSERMAN:                                13:03:11
25     Q    Do you know?                              13:03:12
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    Yes. | 13:03:12 |
| 2 | Q    What department were you qualified to work | 13:03:12 |
| 3 | in? | 13:03:14 |
| 4 | A    Any department.  You know -- you know the | 13:03:19 |
| 5 | system, you can work in any department.  Because | 13:03:20 |
| 6 | there were new people, was hiring new people, and | 13:03:23 |
| 7 | they have to learn the system.  But I -- I already | 13:03:27 |
| 8 | learned the system. | 13:03:31 |
| 9 | Q    Right.  Did you know how -- did you know | 13:03:33 |
| 10 | how to perform the functions of the people in the | 13:03:36 |
| 11 | brokerage department? | 13:03:39 |
| 12 | A    No. | 13:03:41 |
| 13 | Q    Did you know -- | 13:03:41 |
| 14 | A    But I help them with the billings. | 13:03:44 |
| 15 | Q    I understand that.  You knew how to do | 13:03:48 |
| 16 | accounts payable. | 13:03:49 |
| 17 | A    Yes. | 13:03:50 |
| 18 | Q    Do you know what anybody did in any of the | 13:03:51 |
| 19 | departments other than accounts payable? | 13:03:54 |
| 20 | A    No. | 13:04:01 |
| 21 | Q    Did you -- have you seen a job description | 13:04:01 |
| 22 | for any job at Expeditors other than the one I just | 13:04:04 |
| 23 | showed you, which was the accounts payable clerk, | 13:04:09 |
| 24 | which is what you did? | 13:04:11 |
| 25 | A    No. | 13:04:12 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | I don't know what she was doing. | 13:05:20 |
| 2 | Q | Do you know what training Leila went | 13:05:25 |
| 3 | | through to be able to transfer from being an | 13:05:29 |
| 4 | | accounts payable clerk to being in air export? | 13:05:32 |
| 5 | A | No. | 13:05:36 |
| 6 | Q | Do you know what training this individual | 13:05:37 |
| 7 | | who was in accounts receivable did to start | 13:05:40 |
| 8 | | performing the shipment work at Hawthorne? | 13:05:44 |
| 9 | A | No. | 13:05:46 |
| 10 | Q | Did you ever apply for a job at air export? | 13:05:49 |
| 11 | A | No. | 13:05:52 |
| 12 | Q | Did you ever apply for a job within | 13:05:53 |
| 13 | | Expeditors to do anything other than accounts | 13:05:56 |
| 14 | | payable? | 13:06:02 |
| 15 | A | No. | 13:06:02 |
| 16 | Q | Do you know of -- and this may be where you | 13:06:02 |
| 17 | | may have misunderstood my question. | 13:06:06 |
| 18 | | Do you know of anyone else who was an | 13:06:10 |
| 19 | | accounts payable clerk who did accounts payable | 13:06:13 |
| 20 | | work, who stayed doing as an accounts payable clerk | 13:06:17 |
| 21 | | but did it anyplace else, physical location other | 13:06:21 |
| 22 | | than in the accounts payable department, which is | 13:06:25 |
| 23 | | where you were working? | 13:06:29 |
| 24 | A | No. | 13:06:31 |
| 25 | Q | Okay.  Now, as an accounts payable clerk, I | 13:06:31 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | from the other people that were in the accounts | 13:08:34 |
| 2 | payable -- the other accounts payable clerks? | 13:08:37 |
| 3 | A    I working with the report to clear those | 13:08:43 |
| 4 | debits, credits.  I pay to other offices.  I pay to | 13:08:50 |
| 5 | other departments.  And they only pay to vendors. | 13:08:55 |
| 6 | Q    Okay. | 13:08:59 |
| 7 | A    I have two, three vendors to pay, but | 13:09:01 |
| 8 | besides that, I working with the accounting reports. | 13:09:06 |
| 9 | Q    Okay.  So when you were dealing with the | 13:09:09 |
| 10 | various vendors, were there any vendors that you | 13:09:12 |
| 11 | worked with that other people in the accounts | 13:09:14 |
| 12 | payable department worked with as well? | 13:09:18 |
| 13 | A    No.  Everybody has their own vendors. | 13:09:19 |
| 14 | Q    Okay.  Do you recall there being reports | 13:09:21 |
| 15 | that you and the other people in the department | 13:09:24 |
| 16 | shared, documents that you would look at and share? | 13:09:27 |
| 17 | A    No. | 13:09:30 |
| 18 | Q    You don't remember that at all? | 13:09:31 |
| 19 | A    No. | 13:09:32 |
| 20 | Q    Okay.  All right.  So -- | 13:09:33 |
| 21 |         Do you remember starting to cry when you | 13:09:45 |
| 22 | were talking to Diane about what it was that was | 13:09:50 |
| 23 | bothering you and why it is that, in April of 2016, | 13:09:53 |
| 24 | after all these years, why it is that you were | 13:09:57 |
| 25 | asking for a transfer? | 13:10:00 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    Yes. | 13:10:02 |
| 2 | Q    Okay.  What do you remember telling Diane | 13:10:03 |
| 3 | Griffin and Lisa Blandi during that conversation? | 13:10:05 |
| 4 | A    I don't remember what I say.  I only ask | 13:10:09 |
| 5 | for change.  Transfers. | 13:10:14 |
| 6 | Q    Do you remember telling them why it is that | 13:10:16 |
| 7 | you were asking for a transfer? | 13:10:18 |
| 8 | A    Because I say for the gossip around. | 13:10:26 |
| 9 | Q    Okay.  Do you remember what it was -- do | 13:10:30 |
| 10 | you remember telling them that it was something that | 13:10:33 |
| 11 | was embarrassing to you? | 13:10:36 |
| 12 | A    Yes. | 13:10:36 |
| 13 | Q    Does that remind you at all about what it | 13:10:37 |
| 14 | is that you told Diane and Lisa as far as why it is | 13:10:39 |
| 15 | that you were looking for a transfer back in April | 13:10:44 |
| 16 | of 2016? | 13:10:46 |
| 17 | A    I remember that I say that something -- a | 13:10:57 |
| 18 | gossiping around that I can't stand it anymore. | 13:11:00 |
| 19 | So -- and all the comments.  So that's it. | 13:11:04 |
| 20 | Q    Do you remember telling Diane and Lisa that | 13:11:07 |
| 21 | you had a doctor's appointment to discuss -- again, | 13:11:10 |
| 22 | during the same conversation, in April -- the end of | 13:11:15 |
| 23 | April of 2016, do you remember telling them that you | 13:11:18 |
| 24 | had a doctor's appointment coming up to discuss with | 13:11:20 |
| 25 | them why you were so upset about this gossip? | 13:11:25 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | No.  They knew that I will have an | 13:11:29 |
| 2 | appointment with my Dr. Laborde.  And they say, "Why | | 13:11:32 |
| 3 | you don't discuss this with your doctor?" | | 13:11:37 |
| 4 | Q | Okay.  So -- but you would -- they knew | 13:11:40 |
| 5 | because you told them you had a doctor's | | 13:11:43 |
| 6 | appointment; right? | | 13:11:45 |
| 7 | A | Yes.  But she's my primary doctor. | 13:11:45 |
| 8 | Q | Right.  And you -- so you had -- you had | 13:11:47 |
| 9 | told Diane and -- and Lisa that you had an | | 13:11:51 |
| 10 | appointment with your doctor and that you were going | | 13:11:54 |
| 11 | to be discussing this with her? | | 13:11:56 |
| 12 | A | No. | 13:11:58 |
| 13 | Q | You don't remember -- | 13:11:58 |
| 14 | A | I went to Dr. Laborde because I had my | 13:11:59 |
| 15 | appointment with her before.  And they say, "okay. | | 13:12:02 |
| 16 | Take this paper, to fill it up.  The doctor can fill | | 13:12:07 |
| 17 | it up." | | 13:12:10 |
| 18 | Q | Do you remember Diane mentioning to you | 13:12:11 |
| 19 | that Expeditors has an employee assistance program? | | 13:12:13 |
| 20 | A | That's a phone call? | 13:12:24 |
| 21 | Q | No.  I'm just asking in this meeting -- | 13:12:26 |
| 22 | A | I don't know that. | 13:12:28 |
| 23 | Q | Do you remember being -- shaking and crying | 13:12:30 |
| 24 | very much so during this meeting that you had with | | 13:12:34 |
| 25 | Diane and Lisa? | | 13:12:37 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 13:12:39 |
| 2 | Q | And you remember telling them how sick and | 13:12:40 |
| 3 | | how anxious and nervous you were? | 13:12:43 |
| 4 | A | Yes. | 13:12:45 |
| 5 | Q | And how tense you were? | 13:12:45 |
| 6 | A | Yes. | 13:12:47 |
| 7 | Q | And it was after that that Diane told you | 13:12:47 |
| 8 | | that there is an employee assistance program if you | 13:12:49 |
| 9 | | need it?  Do you remember that? | 13:12:52 |
| 10 | A | Yeah. | 13:12:54 |
| 11 | Q | Okay.  And do you remember her actually | 13:12:55 |
| 12 | | giving you paperwork? | 13:12:57 |
| 13 | A | Paperwork from where? | 13:12:59 |
| 14 | Q | For the employee assistance program? | 13:13:08 |
| 15 | A | No. | 13:13:10 |
| 16 | Q | You don't remember that? | 13:13:10 |
| 17 | A | (No audible response.) | 13:13:11 |
| 18 | Q | Do you remember, because of how you were | 13:13:12 |
| 19 | | crying and shaking and anxious and nervous during | 13:13:16 |
| 20 | | your conversation with Diane -- do you remember her | 13:13:19 |
| 21 | | telling you that, if you need time off, you can take | 13:13:21 |
| 22 | | time off? | 13:13:26 |
| 23 | A | Yes. | 13:13:27 |
| 24 | Q | Okay.  Do you remember Diane telling you | 13:13:27 |
| 25 | | that the company wants to investigate your concern, | 13:13:35 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC. - 800.540.0681**          133

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    Do you remember finding out that an | 13:16:11 |
| 2 | investigation was done? | 13:16:14 |
| 3 | A    That's what I told you before, that, when | 13:16:19 |
| 4 | they have a meeting with the accounting company, all | 13:16:22 |
| 5 | the team, and they say they didn't find anything. | 13:16:24 |
| 6 | Q    Okay.  All right.  Do you remember having a | 13:16:31 |
| 7 | conversation with Lua about someone on Martin's team | 13:16:34 |
| 8 | talking about you? | 13:16:41 |
| 9 | A    Yes. | 13:16:41 |
| 10 | Q    Okay.  What do you remember about that | 13:16:42 |
| 11 | conversation? | 13:16:44 |
| 12 | A    I ask if all the gossiping around is true | 13:16:45 |
| 13 | or not because we need to stop this before it's | 13:16:49 |
| 14 | growing. | 13:16:54 |
| 15 | Q    Do you remember Lua telling you that there | 13:16:55 |
| 16 | was nobody talking about you? | 13:16:57 |
| 17 | A    Yes. | 13:16:59 |
| 18 | Q    Okay.  And, in fact, I think you said this | 13:16:59 |
| 19 | morning that everybody you asked told you there was | 13:17:02 |
| 20 | nobody talking about you. | 13:17:04 |
| 21 | A    Yes. | 13:17:06 |
| 22 | Q    And I think you remembered -- you testified | 13:17:13 |
| 23 | this morning you had a conversation with Vicky and | 13:17:15 |
| 24 | Vicky also told you no one was talking about you? | 13:17:17 |
| 25 | A    Yes. | 13:17:21 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    And Angie told you no one was talking about | 13:17:21 |
| 2 | you? | 13:17:24 |
| 3 | A    I never asked to Angie. | 13:17:25 |
| 4 | Q    You don't remember asking Angie? | 13:17:26 |
| 5 | A    Angie was -- Angie was on maternity leave | 13:17:27 |
| 6 | at that time, I think. | 13:17:30 |
| 7 | Q    Do you remember asking Maria Delgado? | 13:17:32 |
| 8 | A    No.  I don't has too much confidence. | 13:17:38 |
| 9 | Q    So do you remember actually having a | 13:17:48 |
| 10 | meeting with Carlton and Diane about their | 13:17:51 |
| 11 | investigation? | 13:17:57 |
| 12 | A    Yes. | 13:17:58 |
| 13 | Q    What do you remember them telling you | 13:17:58 |
| 14 | during that meeting? | 13:18:01 |
| 15 | A    They say that nobody's talking about me. | 13:18:02 |
| 16 | Q    Do you remember them telling you that, when | 13:18:06 |
| 17 | asked about you, people described you as being | 13:18:10 |
| 18 | somebody that they liked, who is a hard worker, who | 13:18:13 |
| 19 | they respected? | 13:18:16 |
| 20 | Do you remember them telling you that | 13:18:17 |
| 21 | that's what people are saying about you? | 13:18:19 |
| 22 | A    I don't remember. | 13:18:27 |
| 23 | Q    You don't remember that? | 13:18:28 |
| 24 | Do you remember Carlton specifically asking | 13:18:30 |
| 25 | you what it is that people are saying and that you | 13:18:32 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | didn't want to share with him what it is that people | 13:18:36 |
| 2 | were talking about? | 13:18:39 |
| 3 | A    Yeah.  In the beginning. | 13:18:40 |
| 4 | Q    And what did you say in that regard? | 13:18:50 |
| 5 | A    That they were gossiping around Robert and | 13:18:57 |
| 6 | me. | 13:19:00 |
| 7 | Q    Do you remember him telling you that he | 13:19:06 |
| 8 | asked and that nobody was saying anything about you? | 13:19:08 |
| 9 | A    No. | 13:19:18 |
| 10 | Q    You don't remember him telling you that? | 13:19:18 |
| 11 | A    No. | 13:19:20 |
| 12 | Q    Do you remember Carlton asking you if there | 13:19:20 |
| 13 | was anything that could be done to make it so that | 13:19:28 |
| 14 | you felt comfortable working doing what you were | 13:19:33 |
| 15 | doing?  They tried to help you? | 13:19:35 |
| 16 | A    Don't remember. | 13:19:57 |
| 17 | Q    Now, do you remember, after the meeting | 13:20:01 |
| 18 | that you had with Diane where you were shaking and | 13:20:04 |
| 19 | crying and nervous and anxious and upset that Diane | 13:20:10 |
| 20 | had given -- that you were sent a letter -- that you | 13:20:15 |
| 21 | were given a letter asking if you needed to take any | 13:20:17 |
| 22 | time off? | 13:20:20 |
| 23 | A    Yes. | 13:20:27 |
| 24 | MS. WASSERMAN:  Okay.  Let's have this | 13:20:27 |
| 25 | marked as Exhibit 7, please. | 13:20:28 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | (Exhibit 7 was marked for identification by | 13:20:30 |
| 2 | the certified shorthand reporter.) | 13:20:40 |
| 3 | BY MS. WASSERMAN: | 13:20:40 |
| 4 | Q    And does this look to you to be like the | 13:20:41 |
| 5 | letter that you were sent? | 13:20:43 |
| 6 | A    She send me this when -- because I answer | 13:20:54 |
| 7 | that I have to take the paper to my doctor for the | 13:20:58 |
| 8 | appointment I had. | 13:21:01 |
| 9 | MS. WASSERMAN:   Okay.   Let's have this next | 13:21:05 |
| 10 | marked as 8, please. | 13:21:07 |
| 11 | (Exhibit 8 was marked for identification by | 13:21:09 |
| 12 | the certified shorthand reporter.) | 13:21:17 |
| 13 | BY MS. WASSERMAN: | 13:21:17 |
| 14 | Q    Is Exhibit 8 the letter -- the information | 13:21:18 |
| 15 | that you got completed by your doctor and brought | 13:21:19 |
| 16 | back? | 13:21:23 |
| 17 | A    Yes. | 13:21:23 |
| 18 | Q    Okay.   So you came back from your doctor | 13:21:23 |
| 19 | and told Diane and Carlton that you weren't sick? | 13:21:31 |
| 20 | You didn't need any time off? | 13:21:36 |
| 21 | A    Yes. | 13:21:37 |
| 22 | Q    Okay.   Because you thought you could do | 13:21:37 |
| 23 | your job? | 13:21:39 |
| 24 | A    Yes. | 13:21:41 |
| 25 | Q    But you were not comfortable doing your job | 13:21:41 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC. - 800.540.0681**          139

| | | |
|---|---|---|
| 1 | in the location where you had to do your job; | 13:21:45 |
| 2 | correct? | 13:21:48 |
| 3 | A    Yes. | 13:21:48 |
| 4 | Q    Do you remember being told by your doctor | 13:22:00 |
| 5 | that you should go see a psychologist or a | 13:22:07 |
| 6 | psychiatrist when you say your doctor, Dr. Laborde, | 13:22:10 |
| 7 | who you saw in May of 2016? | 13:22:22 |
| 8 | Do you remember Dr. Laborde telling you | 13:22:25 |
| 9 | that you really need to go see a psychologist or a | 13:22:26 |
| 10 | psychiatrist? | 13:22:29 |
| 11 | A    No. | 13:22:32 |
| 12 | Q    Do you remember telling Maria Higa that | 13:22:32 |
| 13 | your doctor has told you that you need to go see a | 13:22:37 |
| 14 | psychologist but that you were refusing to go | 13:22:41 |
| 15 | because you don't think that you need to see | 13:22:43 |
| 16 | anybody? | 13:22:46 |
| 17 | A    No. | 13:22:50 |
| 18 | Q    You don't remember that? | 13:22:50 |
| 19 | A    (No audible response.) | 13:22:50 |
| 20 | Q    Do you remember Maria Higa trying to | 13:22:56 |
| 21 | suggest to you that maybe talking to a psychologist | 13:22:58 |
| 22 | or a psychiatrist would help you feel better and | 13:23:01 |
| 23 | that you should take your doctor's advice? | 13:23:05 |
| 24 | A    I don't remember. | 13:23:15 |
| 25 | Q    And do you remember, when Maria Higa told | 13:23:15 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | you that, you kept on telling her that you're not | 13:23:17 |
| 2 | crazy? | 13:23:20 |
| 3 | A    Yes. | 13:23:21 |
| 4 | Q    Okay.  Do you think that only people that | 13:23:21 |
| 5 | are crazy go to psychologists? | 13:23:24 |
| 6 | A    The people that are sick.  But I can't go | 13:23:33 |
| 7 | to psychologist.  I can't talk about myself. | 13:23:37 |
| 8 | Q    I understand that. | 13:23:43 |
| 9 | But do you remember that your doctor | 13:23:45 |
| 10 | suggested that maybe, if you talk about yourself, | 13:23:48 |
| 11 | you'll feel better and you won't think about people | 13:23:50 |
| 12 | gossiping about you? | 13:23:54 |
| 13 | A    I don't know.  Maybe. | 13:23:58 |
| 14 | Q    But you still didn't go to a psychologist | 13:24:00 |
| 15 | even though it was something your doctor suggested? | 13:24:02 |
| 16 | MR. HOPPER:  Objection to the extent it | 13:24:08 |
| 17 | mischaracterizes testimony. | 13:24:11 |
| 18 | THE WITNESS:  I don't know. | 13:24:23 |
| 19 | BY MS. WASSERMAN: | 13:24:23 |
| 20 | Q    Why did you start seeing Peter Carlson in | 13:24:23 |
| 21 | August of 2016? | 13:24:26 |
| 22 | A    Because Carlton told me that I need to get | 13:24:38 |
| 23 | help.  So I say, "If I go to counselor, maybe they | 13:24:40 |
| 24 | will hire me again.  They will say, 'Okay.  You can | 13:24:44 |
| 25 | come back to work.'"  That's why I start doing -- | 13:24:46 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

1   going there and I need to pay from my pocket.                    13:24:49

2        Q    So when -- so when Carlton told you to see           13:24:53

3   a psychologist, you got help, but when your doctor             13:24:56

4   told you to see one, you didn't go?                            13:24:59

5        A    My doctor?  I don't remember --                      13:25:04

6        Q    Dr. Laborde?                                         13:25:07

7        A    -- when the doctor told me.                          13:25:07

8        Q    Okay.  Do you remember talking to Maria              13:25:12

9   Higa about Robert Clements and making comments about           13:25:16

10  if you were interested in him, that would be child             13:25:21

11  abuse?                                                         13:25:24

12           Do you remember making that statement?               13:25:25

13       A    No.  I never say that.                               13:25:27

14       Q    You don't remember that?                             13:25:29

15       A    I never said that.                                   13:25:29

16       Q    Who's Ricardo Mota?                                  13:25:39

17       A    Ricardo is the one who sit in the team with          13:25:43

18  Robert.                                                        13:25:46

19       Q    Okay.  So it was Ricardo Mota with Jackie            13:25:47

20  and Robert and --                                              13:25:50

21       A    And Carmine, yes.                                    13:25:51

22       Q    Do you remember text messaging with Ricardo          13:25:56

23  about the rumors?                                              13:26:07

24       A    No.  I never send text message.  I don't             13:26:10

25  know how to send text message in the company.                 13:26:14

| 1 | the first time that you heard it until your last | 13:27:26 |
| 2 | day? | 13:27:29 |
| 3 | A    When they start watching me. | 13:27:40 |
| 4 | Q    Well, I'm asking about -- I'm not at the | 13:27:41 |
| 5 | point where they started watching you yet.  I'm | 13:27:43 |
| 6 | talking about the gossip.  Because it all started | 13:27:46 |
| 7 | because of you hearing the gossip and hearing them | 13:27:51 |
| 8 | talking about you; right? | 13:27:51 |
| 9 | A    Yeah.  But once they assign who's they | 13:27:52 |
| 10 | watching -- so I didn't hear the gossiping. | 13:27:55 |
| 11 | Q    Oh, so when they started watching you | 13:27:59 |
| 12 | through the computer, you stopped hearing the | 13:28:01 |
| 13 | gossip? | 13:28:05 |
| 14 | A    Yeah. | 13:28:06 |
| 15 | Q    Do you remember how long -- you remember | 13:28:07 |
| 16 | when that was? | 13:28:09 |
| 17 | A    I don't remember. | 13:28:12 |
| 18 | Q    But there was -- but there was a -- but | 13:28:19 |
| 19 | there was a period of time when you didn't know they | 13:28:21 |
| 20 | were watching you yet and you didn't hear gossip? | 13:28:24 |
| 21 | Or not. | 13:28:31 |
| 22 | A    No.  First was the gossip. | 13:28:32 |
| 23 | Q    Right. | 13:28:36 |
| 24 | A    And once -- and once they assign somebody | 13:28:37 |
| 25 | watch and all the people watching me -- so they only | 13:28:39 |

ROSA AGUILAR - January 6, 2020
AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.

| | | |
|---|---|---|
| 1 | come and watch my work. | 13:28:44 |
| 2 | Q    And the watching was through the computer? | 13:28:44 |
| 3 | A    Yeah. | 13:28:46 |
| 4 | Q    And that was what you were talking about | 13:28:47 |
| 5 | where Jackie and Carmine and the person in San Diego | 13:28:50 |
| 6 | and in Phoenix? | 13:28:54 |
| 7 | A    Before they watching me, how I work. | 13:28:55 |
| 8 | Q    Okay.  Was there anything wrong with them | 13:28:58 |
| 9 | watching how you worked? | 13:29:02 |
| 10 | A    I feel uncomfortable that they watching me | 13:29:06 |
| 11 | from the 8:00 to 5:00 that I work.  I can't do my | 13:29:09 |
| 12 | work. | 13:29:14 |
| 13 | Q    How did Jackie do her job if she was | 13:29:14 |
| 14 | watching you from 8:00 to 5:00? | 13:29:17 |
| 15 | A    I don't know.  You need to ask them. | 13:29:21 |
| 16 | Q    Okay.  So you thought that Jackie and | 13:29:22 |
| 17 | Carmine and the person in San Diego and the person | 13:29:25 |
| 18 | in Phoenix -- every day from 8:00 to 5:00, all they | 13:29:26 |
| 19 | did was watch your -- watch you through your | 13:29:33 |
| 20 | computer? | 13:29:36 |
| 21 | A    Yeah.  Because I told Maria, "My computer | 13:29:37 |
| 22 | is getting slow.  All the people enter to my | 13:29:39 |
| 23 | computer.  My work was getting slow.  I can't do | 13:29:42 |
| 24 | anything." | 13:29:45 |
| 25 | Q    Okay.  Was there anybody else?  I mean | 13:29:46 |

| | | |
|---|---|---|
| 1 | those are the only four that you mentioned before | 13:29:48 |
| 2 | lunch, but now that you've thought of it, was there | 13:29:50 |
| 3 | anybody else who was watching you through your | 13:29:53 |
| 4 | computer other than Jackie and Carmine and somebody | 13:29:55 |
| 5 | in San Diego and somebody in Phoenix? | 13:29:59 |
| 6 | A    All the accounting department. | 13:30:02 |
| 7 | Q    Oh, the whole accounting department? | 13:30:04 |
| 8 | A    Yes, including -- including managers. | 13:30:06 |
| 9 | Q    Okay.  So who -- okay.  So I apologize.  I | 13:30:08 |
| 10 | didn't get all the names. | 13:30:11 |
| 11 | So who else was spending from 8:00 until | 13:30:14 |
| 12 | 5:00 every day? | 13:30:16 |
| 13 | A    I don't know if they send 8:00 to 5:00. | 13:30:17 |
| 14 | But they were watching me on my computer.  And they | 13:30:20 |
| 15 | know what I was doing. | 13:30:22 |
| 16 | Q    So -- | 13:30:27 |
| 17 | A    Because there's one day I change my | 13:30:29 |
| 18 | password.  When I went home -- before I went home, I | 13:30:32 |
| 19 | would change my password.  And then the next day, | 13:30:35 |
| 20 | when I back, there are a lot of people that could | 13:30:38 |
| 21 | not enter to my computer.  And they say, "I can't | 13:30:43 |
| 22 | log in.  I can't log in."  And then the IT -- IS | 13:30:45 |
| 23 | department, they turn off my computer, like, | 13:30:54 |
| 24 | two times to get my pass -- my new password. | 13:30:56 |
| 25 | Q    So who is it -- so right after you changed | 13:31:00 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | your password, who is it that came to you and said | 13:31:05 |
| 2 | they can't get into your computer because they don't | 13:31:08 |
| 3 | have your password? | 13:31:10 |
| 4 | A    They were telling each other.  In the | 13:31:12 |
| 5 | accounting department. | 13:31:15 |
| 6 | Q    Did anybody come to you? | 13:31:15 |
| 7 | A    No. | 13:31:17 |
| 8 | Q    Okay. | 13:31:17 |
| 9 | A    They can't ask me because they say they | 13:31:18 |
| 10 | don't -- they are not watching me.  But they could | 13:31:20 |
| 11 | not enter to watch me, what I was doing. | 13:31:24 |
| 12 | Q    So who is it that you thought in the | 13:31:31 |
| 13 | accounting department were talking to each other | 13:31:34 |
| 14 | asking what your password is since they were talking | 13:31:34 |
| 15 | about not being able to get into your computer? | 13:31:36 |
| 16 | A    They were talking between them.  There was | 13:31:38 |
| 17 | Vicky, Maria -- Maria Delgado, Maria Higa. | 13:31:42 |
| 18 | Q    Did you hear these conversations? | 13:31:45 |
| 19 | A    Yes. | 13:31:47 |
| 20 | Q    So what did you hear them saying? | 13:31:47 |
| 21 | A    I -- I never say anything. | 13:31:51 |
| 22 | Q    No.  What did you hear?  What did you hear | 13:31:53 |
| 23 | them say -- | 13:31:54 |
| 24 | A    They say, "I can't log in.  I can't log | 13:31:54 |
| 25 | in." | 13:31:57 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | They say, "Can you enter to her computer? | 13:31:58 |
| 2 | Can you enter to her computer?" | 13:32:00 |
| 3 | Q    Okay.  So you were asking -- so they can't | 13:32:02 |
| 4 | log in -- | 13:32:03 |
| 5 | A    Into my computer.  Because everybody has -- | 13:32:04 |
| 6 | Q    Okay.  So did they say, "I can't log in to | 13:32:08 |
| 7 | Rosa's computer?" | 13:32:11 |
| 8 | A    Yeah. | 13:32:12 |
| 9 | Q    Or "I can't log in"? | 13:32:12 |
| 10 | A    "I can't log into her computer." | 13:32:13 |
| 11 | Q    To whose computer?  Did they use -- | 13:32:17 |
| 12 | A    My computer. | 13:32:20 |
| 13 | Q    Did they use your name? | 13:32:20 |
| 14 | A    They didn't use the name. | 13:32:20 |
| 15 | Q    Then how do you know they were talking | 13:32:21 |
| 16 | about you? | 13:32:23 |
| 17 | A    Because I know. | 13:32:23 |
| 18 | Q    Why do you think they were talking about | 13:32:26 |
| 19 | you? | 13:32:28 |
| 20 | A    If they were working, watching me every | 13:32:28 |
| 21 | day, and as soon as I change my password and they | 13:32:34 |
| 22 | say, "I can't enter.  Can you enter?  Can you | 13:32:39 |
| 23 | enter" -- everybody say.  And they say, "Maria, we | 13:32:42 |
| 24 | can't enter to the computer, to her computer." | 13:32:51 |
| 25 | And, also, there's one another day that I | 13:33:02 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | told Maria, "I can't do my job because the computer | 13:33:06 |
| 2 | was slow." | 13:33:09 |
| 3 | And then Vicky asked Maria Higa. "Maria, | 13:33:10 |
| 4 | can we enter?" | 13:33:16 |
| 5 | And somebody say, "No, you can't enter | 13:33:17 |
| 6 | because she's doing pay. It's paying the vendor, | 13:33:20 |
| 7 | and her" -- "she's, like, complaining that her | 13:33:22 |
| 8 | computer is slow." | 13:33:26 |
| 9 | Q    Okay.  Were there ever occasions when you | 13:33:28 |
| 10 | had to log in to a system or a program that somebody | 13:33:31 |
| 11 | else was using? | 13:33:35 |
| 12 | A    Sometimes I found, yeah.  I -- sometimes I | 13:33:38 |
| 13 | can't enter to my computer or when I send a payable | 13:33:43 |
| 14 | to Maria Higa for approval -- | 13:33:49 |
| 15 | Q    Right. | 13:33:51 |
| 16 | A    -- it was showing me was one person was | 13:33:51 |
| 17 | holding my system.  I could not -- | 13:33:54 |
| 18 | Q    Who was -- | 13:33:57 |
| 19 | A    -- send it to Maria Higa. | 13:33:58 |
| 20 | Q    Who was holding it?  Who was holding it? | 13:34:00 |
| 21 | A    One was a person who was watching my | 13:34:02 |
| 22 | computer. | 13:34:05 |
| 23 | Q    Who? | 13:34:06 |
| 24 | A    I don't remember at that time, but I think | 13:34:07 |
| 25 | it say -- I think it was -- I don't know.  It was | 13:34:10 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

1   Pepido.  He's now in accounting, but he also has            13:34:21

2   access to my computer.  Pepido Olandes.                      13:34:29

3        Q     What was Pepido's role?                           13:34:36

4        A     He's in charge of the receptionists and --        13:34:38

5   I think for the fax room.  So he train to the -- to          13:34:47

6   the receptionists.                                           13:35:03

7        Q     So is there anybody in the accounts payable       13:35:06

8   department that you think wasn't watching you                13:35:11

9   through your computer, or was everybody watching you         13:35:14

10  through your computer?                                       13:35:16

11       A     Everybody.  Everybody.                            13:35:17

12       Q     And you think that -- did you -- were they        13:35:19

13  watching you every day?                                      13:35:22

14       A     Yes.                                              13:35:23

15       Q     Okay.  Do you remember who Alyssa                 13:35:25

16  Crutcher was?                                                13:35:43

17       A     Alyssa.  Alyssa is the girl who sit in            13:35:44

18  front of me.                                                 13:35:48

19       Q     Do you remember approaching Alyssa and            13:35:49

20  telling her to have everyone in the NMC group stop           13:35:53

21  talking about you?                                           13:35:58

22       A     Yes.                                              13:35:58

23       Q     And do you remember her telling you that          13:35:58

24  they aren't talking about you?                               13:36:00

25       A     No.                                               13:36:02

| | | |
|---|---|---|
| 1 | Q    You don't remember her telling you that? | 13:36:03 |
| 2 | A    I told her.  And then I think she send | 13:36:04 |
| 3 | something like a message to everybody.  And then | 13:36:09 |
| 4 | they say, "She knows," and everything was quiet. | 13:36:13 |
| 5 | Before, it was screaming there and there.  And, | 13:36:18 |
| 6 | later, it was quiet. | 13:36:23 |
| 7 | Q    Right.  But do you remember Alyssa telling | 13:36:27 |
| 8 | you that no one is talking about you? | 13:36:29 |
| 9 | A    No, because I ask her, "You didn't hear | 13:36:32 |
| 10 | what they talk?" | 13:36:35 |
| 11 | And she say, "Yes."  And she told me, "Why | 13:36:36 |
| 12 | you don't go to the manager to complain?" | 13:36:43 |
| 13 | And I told her, "I already went.  But they | 13:36:45 |
| 14 | say nobody's talking." | 13:36:48 |
| 15 | So -- and then I know that she went to -- | 13:36:50 |
| 16 | to Diane or Lisa.  I don't know.  But she didn't -- | 13:36:52 |
| 17 | she didn't want to complain.  She didn't want to | 13:37:00 |
| 18 | make attention what I am saying.  She was trying, | 13:37:03 |
| 19 | like, helping but -- I think the managers turn the | 13:37:09 |
| 20 | other way. | 13:37:17 |
| 21 | Q    Do you remember, like, a month or two after | 13:37:17 |
| 22 | Carlton talked to you the first time, he talked to | 13:37:22 |
| 23 | you again and told you that we had already done this | 13:37:26 |
| 24 | investigation and that no one is talking about you? | 13:37:29 |
| 25 | A    I think I meet with him, like, two or | 13:37:33 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | three times.  Three or four times.  But I don't know | 13:37:37 |
| 2 | which.  So -- | 13:37:40 |
| 3 | MS. WASSERMAN:  Let's have this next marked | 13:37:46 |
| 4 | as Exhibit 9, please. | 13:37:47 |
| 5 | (Exhibit 9 was marked for identification by | 13:37:49 |
| 6 | the certified shorthand reporter.) | 13:38:01 |
| 7 | BY MS. WASSERMAN: | 13:38:01 |
| 8 | Q    If you could take a minute and read | 13:38:03 |
| 9 | Exhibit 9, I'll ask you a few questions afterwards. | 13:38:05 |
| 10 | A    This is after I -- she went to talk to | 13:38:11 |
| 11 | Diane or Lisa.  Yeah.  I know. | 13:38:14 |
| 12 | Q    And this is basically telling you that | 13:38:18 |
| 13 | we've already done the investigation; so if you have | 13:38:23 |
| 14 | any concerns, come to him but don't start -- don't | 13:38:26 |
| 15 | continue to involve other people because we've | 13:38:29 |
| 16 | already done this investigation; right? | 13:38:33 |
| 17 | A    I only asked that -- asked them to quiet. | 13:38:34 |
| 18 | Q    But do you remember that Carlton, when he | 13:38:45 |
| 19 | first met with you, said if you have any other | 13:38:48 |
| 20 | concerns, to come to him, and you said you would; | 13:38:50 |
| 21 | right? | 13:38:58 |
| 22 | A    Yes.  But I can't go to -- to his office to | 13:38:58 |
| 23 | say they are talking out loud. | 13:39:04 |
| 24 | Q    Why not?  Carlton said that if you had any | 13:39:05 |
| 25 | more concerns, go to Carlton.  And you said this | 13:39:07 |

| | | |
|---|---|---|
| 1 | morning that you knew about the open door policy. | 13:39:10 |
| 2 | Why did you continue to go talking to other | 13:39:13 |
| 3 | people instead of just going directly to Carlton? | 13:39:16 |
| 4 | A    What do you want me to say? | 13:39:49 |
| 5 | Q    I want you to answer my question. | 13:39:51 |
| 6 | A    She was just there.  So -- | 13:39:57 |
| 7 | Q    Okay.  Why did you not go to Carlton when | 13:40:00 |
| 8 | you specifically said that you would if there were | 13:40:02 |
| 9 | any more problems? | 13:40:06 |
| 10 | A    I know was my mistake. | 13:40:08 |
| 11 | Q    I'm sorry? | 13:40:16 |
| 12 | A    I know was my mistake. | 13:40:16 |
| 13 | Q    I apologize.  I don't understand what | 13:40:18 |
| 14 | you're trying to say. | 13:40:21 |
| 15 | MR. HOPPER:  I think she said it was my | 13:40:22 |
| 16 | mistake. | 13:40:23 |
| 17 | THE WITNESS:  Uh-huh. | 13:40:24 |
| 18 | BY MS. WASSERMAN: | 13:40:25 |
| 19 | Q    Okay.  All right.  When did you first meet | 13:40:25 |
| 20 | Andre Uys, U-y-s? | 13:40:33 |
| 21 | A    When I meet? | 13:40:44 |
| 22 | Q    Yes. | 13:40:45 |
| 23 | A    When I went to his office when he was | 13:40:47 |
| 24 | talking to -- to corporate office. | 13:40:50 |
| 25 | Q    Okay.  My first question is just:  When did | 13:40:54 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | you first meet him? | 13:40:57 |
| 2 | Was the first time that you met him when | 13:40:58 |
| 3 | you went into his office? | 13:41:01 |
| 4 | A    No. | 13:41:03 |
| 5 | Q    Okay.  When did you meet him before that? | 13:41:03 |
| 6 | A    He's not my manager. | 13:41:06 |
| 7 | Q    I know he's not your manager.  My question | 13:41:08 |
| 8 | is:  When did you first meet him? | 13:41:10 |
| 9 | A    I have never meet with him. | 13:41:11 |
| 10 | Q    So when you went into his office, you had | 13:41:14 |
| 11 | never met him before? | 13:41:17 |
| 12 | A    No. | 13:41:20 |
| 13 | Q    Why did you go in -- just why did you go | 13:41:20 |
| 14 | bursting into his office? | 13:41:22 |
| 15 | MR. HOPPER:  Objection.  Argumentative. | 13:41:24 |
| 16 | THE WITNESS:  Because I heard that he was | 13:41:26 |
| 17 | talking with corporate office. | 13:41:27 |
| 18 | BY MS. WASSERMAN: | 13:41:28 |
| 19 | Q    Who did you hear that from? | 13:41:29 |
| 20 | A    He was talking with corporate office about | 13:41:31 |
| 21 | my case. | 13:41:34 |
| 22 | Q    Right.  But who did you -- | 13:41:35 |
| 23 | A    And I ask -- | 13:41:36 |
| 24 | Q    Okay.  Let me -- | 13:41:37 |
| 25 | MR. HOPPER:  Hang on. | 13:41:38 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | MS. WASSERMAN:  Hang on. | 13:41:39 |
| 2 | Q    Who told you that Andre was talking to | 13:41:40 |
| 3 | corporate about you? | 13:41:45 |
| 4 | A    Nobody told me. | 13:41:47 |
| 5 | Q    Then how did you know? | 13:41:48 |
| 6 | A    I hear. | 13:41:50 |
| 7 | Q    Who did you hear it from? | 13:41:50 |
| 8 | A    I hear when I was sitting.  I hear because | 13:41:52 |
| 9 | his office was closed and he talk loud. | 13:41:55 |
| 10 | Q    Okay.  Where was his office in relation to | 13:42:00 |
| 11 | your cubicle? | 13:42:03 |
| 12 | A    From here to there. | 13:42:03 |
| 13 | Q    How far there? | 13:42:06 |
| 14 | A    Maybe to the wall. | 13:42:08 |
| 15 | Q    Through the wall. | 13:42:10 |
| 16 | Okay.  So he had his door closed -- | 13:42:12 |
| 17 | A    Door open. | 13:42:14 |
| 18 | Q    Okay.  And you heard him talking to | 13:42:15 |
| 19 | corporate -- what did you hear him say -- | 13:42:18 |
| 20 | First of all, how did you know who he was | 13:42:19 |
| 21 | on the phone with? | 13:42:21 |
| 22 | A    Right now, I don't remember where they | 13:42:37 |
| 23 | talking, but I know that he was talking with | 13:42:42 |
| 24 | corporate office. | 13:42:45 |
| 25 | Q    But how do you -- how did you know he was | 13:42:45 |

| | | |
|---|---|---|
| 1 | talking to the corporate office? | 13:42:48 |
| 2 | A    Always somebody from -- about the case. | 13:42:49 |
| 3 | Q    How do you know? | 13:42:52 |
| 4 | A    I don't know. | 13:42:57 |
| 5 | Q    Why did you think he was talking to | 13:43:00 |
| 6 | corporate about you?  Why was he talking about you? | 13:43:03 |
| 7 | MR. HOPPER:  Objection.  Calls for | 13:43:12 |
| 8 | speculation.  Vague and ambiguous. | 13:43:13 |
| 9 | BY MS. WASSERMAN: | 13:43:14 |
| 10 | Q    You can answer. | 13:43:14 |
| 11 | A    Right now, I don't recall all the word | 13:43:23 |
| 12 | that -- but I know that was talking.  And when after | 13:43:25 |
| 13 | he -- I talk to him that I hear; so he start closing | 13:43:30 |
| 14 | his door. | 13:43:34 |
| 15 | Q    But why?  Why do you think he would be | 13:43:35 |
| 16 | talking to corporate about you if you've never -- | 13:43:39 |
| 17 | You'd never met him before; right? | 13:43:42 |
| 18 | A    No. | 13:43:44 |
| 19 | Q    Okay.  He didn't know -- | 13:43:45 |
| 20 | A    But he was in charge -- | 13:43:46 |
| 21 | Q    He didn't know who you were. | 13:43:47 |
| 22 | A    -- of investigating the case.  I know they | 13:43:50 |
| 23 | were investigating the case. | 13:43:52 |
| 24 | Q    Well, you knew Carlton was investigating; | 13:43:53 |
| 25 | right? | 13:43:55 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

1    people gossiping about you that you heard but you          13:55:27

2    also saw people looking at you through the                 13:55:31

3    computers; correct?                                        13:55:33

4        A    Yes.  Before.                                     13:55:34

5        Q    And that people had the headphones and they       13:55:34

6    were listening -- they were talking about you and         13:55:36

7    you could hear them but they all had the headphones?       13:55:40

8        A    Yes.                                              13:55:43

9        Q    And that was after you had gone into             13:55:44

10   Andre's office.  And you told Diane and Carlton that       13:55:47

11   everyone was talking about planning to fire you;          13:55:52

12   right?                                                     13:55:54

13       A    Yes.                                              13:55:56

14       Q    And you remember Carlton and Diane telling        13:55:56

15   you that no one is talking about trying to fire you?       13:55:58

16   Do you remember them telling you that?                     13:56:02

17       A    I talked to Lisa.  And Lisa told me that          13:56:03

18   no -- no one is going to fire you.  Carlton is not         13:56:25

19   going to fire you.                                         13:56:29

20       Q    Okay.  And do you remember that it was at         13:56:34

21   that point that they told you that you needed to           13:56:41

22   take some time off of work and they wanted you to go       13:56:43

23   see a doctor?                                              13:56:46

24       A    That's what Carlton say.                          13:56:48

25       Q    I'm sorry?                                        13:56:49

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | That's what Carlton say. | 13:56:50 |
| 2 | Q | Right.  Remember Carlton telling you that? | 13:56:52 |
| 3 | A | Uh-huh. | 13:56:55 |
| 4 | Q | And that you were not being fired but they | 13:56:56 |
| 5 | | wanted you to go see a doctor; right? | 13:56:59 |
| 6 | A | You said take the rest of the week and | 13:57:05 |
| 7 | | rest. | 13:57:10 |
| 8 | Q | And that an appointment was being made for | 13:57:15 |
| 9 | | you to go see a Dr. Kambam; correct? | 13:57:17 |
| 10 | A | Dr. Kambam, he not my doctor.  He was a | 13:57:21 |
| 11 | | psychiatrist paid by Expeditors. | 13:57:26 |
| 12 | Q | That's correct.  And that Carlton told you | 13:57:27 |
| 13 | | that you needed to go home and rest up and that | 13:57:29 |
| 14 | | Expeditors wanted you to go see Dr. Kambam. | 13:57:33 |
| 15 | | Do you remember that? | 13:57:36 |
| 16 | A | In order to come back to work, I need to | 13:57:38 |
| 17 | | see Dr. Kambam. | 13:57:43 |
| 18 | Q | That's correct. | 13:57:43 |
| 19 | A | It's like -- like, ultimatum.  They say, | 13:57:47 |
| 20 | | "If you don't go to the doctor, you won't come back | 13:57:49 |
| 21 | | to work." | 13:57:51 |
| 22 | Q | Okay.  So he told you that you had to go | 13:57:52 |
| 23 | | see Dr. Kambam. | 13:57:57 |
| 24 | A | Yes. | 13:57:58 |
| 25 | | MS. WASSERMAN:  Let's have this next marked | 13:58:02 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1  as 10, please.                                      13:58:04
 2              (Exhibit 10 was marked for identification 13:58:05
 3              by the certified shorthand reporter.)    13:58:19
 4  BY MS. WASSERMAN:                                    13:58:19
 5      Q    Do you remember receiving this e-mail from  13:58:20
 6  Carlton?                                             13:58:22
 7      A    Yes.                                        13:58:22
 8      Q    Okay.  Giving you the information for       13:58:23
 9  Dr. Kambam.                                          13:58:27
10      A    Yeah.                                       13:58:27
11      Q    Do you remember before this, before -- on  13:58:30
12  that -- on the last day of your -- of your          13:58:33
13  employment that you physically went to work there,  13:58:37
14  having a conversation with Maria Higa where you     13:58:39
15  explained to Maria Higa that you can't continue to  13:58:43
16  work in the environment because you were hearing    13:58:46
17  voices?                                             13:58:49
18              Remember discussing that with Maria Higa? 13:58:52
19      A    I don't remember what day was that.        13:59:01
20      Q    But you remember the conversation?  You    13:59:03
21  just don't remember what day it was?                13:59:05
22      A    But I didn't say hear voices.  I hear what  13:59:12
23  the people talking.                                 13:59:15
24      Q    You -- okay.                                13:59:17
25      A    Not like I imagine voices or something like 13:59:18
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

1    that, no.  I hear who is talking.  What is talking.    13:59:21

2        Q    Right.  The people that are saying they're    13:59:25

3    not talking, but you hear them?    13:59:26

4        A    Uh-huh.    13:59:28

5        Q    Right?    13:59:29

6        A    Yes.    13:59:30

7        Q    And it was after that conversation with    13:59:34

8    Maria Higa that Carlton met with you and told you    13:59:38

9    that you need to go see Dr. Kambam; correct?    13:59:42

10        A    No.  He send me, I think, one week after.    13:59:45

11        Q    Right.    13:59:53

12        A    That I need to go to see the Dr. Kambam in    13:59:54

13    order to come back to work.    13:59:56

14        Q    Correct.  And he told you that Expeditors    13:59:57

15    was going to pay for you to see Dr. Kambam?    14:00:05

16        A    Yes.    14:00:09

17        Q    Okay.  And he told you to stay home from    14:00:10

18    work until you heard back from him, from Carlton?    14:00:13

19        A    Yes.    14:00:17

20        Q    And then you got Exhibit 10 telling you    14:00:22

21    that you had an appointment wit Dr. Kambam a    14:00:25

22    few days later on September 19th?    14:00:28

23        A    Yes.    14:00:29

24        Q    So September 16th was the last day that you    14:00:30

25    actually worked at Expeditors; right?    14:00:32

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A    No.   September 12th.   It was on Monday. | 14:00:34 |
| 2 | And I start from Tuesday.   Tuesday, 13th. | 14:00:38 |
| 3 | Q    That's correct. | 14:00:43 |
| 4 |      Okay.   On the 13th, you came in on -- you | 14:00:44 |
| 5 | came back on the 13th asking for more paperwork? | 14:00:50 |
| 6 | A    Yes.   Because in the meeting that we have | 14:00:53 |
| 7 | on 12th, that they say, "You go to your house and | 14:00:57 |
| 8 | rest, and we call you."   And then when I went to my | 14:01:00 |
| 9 | house, I'm thinking, "But he didn't tell me when I | 14:01:03 |
| 10 | had to come back."   So I returned the next day. | 14:01:07 |
| 11 | Q    Right. | 14:01:11 |
| 12 | A    And say, "Give me one paper that when I | 14:01:12 |
| 13 | have to return to work." | 14:01:14 |
| 14 |      And he say, "I don't have any paper. | 14:01:16 |
| 15 | Corporate office is working on that." | 14:01:19 |
| 16 | Q    Okay.   Now, before that, before your last | 14:01:22 |
| 17 | day at Expeditors was when you started seeing | 14:01:28 |
| 18 | Dr. Carlson; right?   You saw Dr. Carlson at least | 14:01:32 |
| 19 | one time before you stopped working at Expeditors; | 14:01:35 |
| 20 | correct? | 14:01:43 |
| 21 | A    I think.   Because -- yeah. | 14:01:43 |
| 22 | Q    And do you remember telling Dr. Carlson | 14:01:46 |
| 23 | that you were suspicious because you believed | 14:01:50 |
| 24 | everyone at Expeditors was lying about you? | 14:01:53 |
| 25 | A    Yes. | 14:01:56 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Q    Okay.  I'm going to ask the question again | 14:08:04 |
| 2 | because I don't know that I understand your answer. | 14:08:06 |
| 3 | And I apologize. | 14:08:09 |
| 4 | You just said that your understanding of | 14:08:10 |
| 5 | conspiracy is that everyone is against you; right? | 14:08:12 |
| 6 | A    One is conspiracy, and one is they don't | 14:08:18 |
| 7 | tell the truth. | 14:08:25 |
| 8 | Q    Okay.  Why did you stop seeing Dr. Carlson? | 14:08:27 |
| 9 | A    Because I can't pay anymore. | 14:08:39 |
| 10 | Q    Well, you were -- okay.  But you stopped | 14:08:41 |
| 11 | seeing Dr. Carlson in October of 2016, and your | 14:08:48 |
| 12 | employment didn't end until February of 2017. | 14:08:54 |
| 13 | So I guess my question is:  How much were | 14:08:58 |
| 14 | you paying Dr. Carlson? | 14:09:04 |
| 15 | MR. HOPPER:  I'm just going to object to | 14:09:07 |
| 16 | the extent that mischaracterizes the evidence. | 14:09:09 |
| 17 | But you can answer. | 14:09:11 |
| 18 | THE WITNESS:  I don't remember. | 14:09:21 |
| 19 | BY MS. WASSERMAN: | 14:09:21 |
| 20 | Q    Was it being paid for by insurance, your | 14:09:24 |
| 21 | visits with Dr. Carlson? | 14:09:30 |
| 22 | A    I think the insurance don't cover -- | 14:09:32 |
| 23 | Q    I'm sorry.  You think that insurance did | 14:09:40 |
| 24 | cover? | 14:09:43 |
| 25 | MR. HOPPER:  Mischaracterizes testimony. | 14:09:43 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC. - 800.540.0681**          174

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | MS. WASSERMAN:  I -- I'm -- | 14:09:45 |
| 2 | THE WITNESS:  I don't know.  I don't think | 14:09:46 |
| 3 | the insurance covered those. | 14:09:47 |
| 4 | I don't remember why I stopped going to | 14:10:00 |
| 5 | Carlson. | 14:10:03 |
| 6 | BY MS. WASSERMAN: | 14:10:03 |
| 7 | Q    Okay.  And since you stopped seeing | 14:10:03 |
| 8 | Dr. Carlson with the exception of the doctors, a | 14:10:07 |
| 9 | couple doctors that you had visited, either | 14:10:13 |
| 10 | Dr. Kambam or the doctors that you visited in | 14:10:15 |
| 11 | connection with your workers' compensation claim, | 14:10:17 |
| 12 | have you treated with any doctor since Dr. Carlson | 14:10:20 |
| 13 | for mental issues? | 14:10:27 |
| 14 | A    No. | 14:10:31 |
| 15 | Q    Or for emotional distress? | 14:10:31 |
| 16 | A    No. | 14:10:34 |
| 17 | MS. WASSERMAN:  All right.  Let's take a | 14:10:36 |
| 18 | break. | 14:10:37 |
| 19 | MR. HOPPER:  Okay. | 14:10:38 |
| 20 | THE VIDEOGRAPHER:  Off the record.  The | 14:10:38 |
| 21 | time is 2:10. | 14:10:39 |
| 22 | (Recess.) | 14:10:42 |
| 23 | THE VIDEOGRAPHER:  We are back on the | 14:21:16 |
| 24 | record.  The time is 2:21. | 14:21:22 |
| 25 | BY MS. WASSERMAN: | 14:21:25 |

| | | |
|---|---|---|
| 1 | with Dr. Kambam, you got an e-mail from Carlton | 14:27:30 |
| 2 | explaining that you are not going to be able to | 14:27:35 |
| 3 | return to work just yet? | 14:27:38 |
| 4 |     A    Yes. | 14:27:40 |
| 5 |         MS. WASSERMAN:  Let's have this marked as | 14:27:40 |
| 6 | 11, please. | 14:27:42 |
| 7 |         (Exhibit 11 was marked for identification | 14:27:43 |
| 8 |         by the certified shorthand reporter.) | 14:27:57 |
| 9 | BY MS. WASSERMAN: | 14:27:57 |
| 10 |     Q    Okay.  So this was an e-mail that you had | 14:27:57 |
| 11 | sent -- Exhibit 11 is an e-mail that you sent to | 14:27:59 |
| 12 | Carlton and that Carlton then responded to advising | 14:28:03 |
| 13 | you that Dr. Kambam did not clear you to return to | 14:28:08 |
| 14 | work. | 14:28:11 |
| 15 |         Do you remember that? | 14:28:16 |
| 16 |     A    Yes. | 14:28:17 |
| 17 |     Q    And he also advised you that you were | 14:28:17 |
| 18 | eligible at this point -- even though you'd been off | 14:28:18 |
| 19 | work for a while, you were now eligible to take | 14:28:19 |
| 20 | leave of absence under the Family Medical Leave Act. | 14:28:23 |
| 21 |         Do you see where it says that? | 14:28:28 |
| 22 |     A    Yes. | 14:28:29 |
| 23 |     Q    And that you had sick leave accrual and | 14:28:29 |
| 24 | that you were going to be paid for 440 hours and | 14:28:32 |
| 25 | 52 minutes of sick time during the time that you | 14:28:36 |

| | | |
|---|---|---|
| 1 | were on leave; correct? | 14:28:41 |
| 2 | A    Yes. | 14:28:53 |
| 3 | Q    And that, in addition, you had vacation | 14:28:53 |
| 4 | accrual that would also -- you'd be able to take | 14:28:56 |
| 5 | your vacation so that this time off would be paid; | 14:28:59 |
| 6 | correct? | 14:29:03 |
| 7 | A    Yes.  Yes. | 14:29:03 |
| 8 | Q    And you also had been employed -- been | 14:29:04 |
| 9 | enrolled in Expeditors short-term disability plan so | 14:29:07 |
| 10 | you could collect that benefit as well; right? | 14:29:11 |
| 11 | A    Yes. | 14:29:14 |
| 12 | Q    And you were also going to be eligible | 14:29:16 |
| 13 | after that for state disability; right? | 14:29:17 |
| 14 | A    That's what he say, yes. | 14:29:21 |
| 15 | Q    So if you were paid during this time and | 14:29:24 |
| 16 | had all these benefits that you still had during | 14:29:27 |
| 17 | this -- and you still had insurance benefits at this | 14:29:30 |
| 18 | time; correct? | 14:29:33 |
| 19 | A    No. | 14:29:34 |
| 20 | Q    You don't believe that you had insurance | 14:29:37 |
| 21 | benefits while you were on your FMLA leave? | 14:29:40 |
| 22 | A    I never apply. | 14:29:42 |
| 23 | Q    No.  Insurance benefits from Expeditors. | 14:29:43 |
| 24 | A    No.  Right now, no. | 14:29:46 |
| 25 | Q    No.  At the time that Carlton sent you this | 14:29:49 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1   e-mail in November.                                14:29:53
 2        A    Oh, when --                              14:29:54
 3        Q    Yes.                                     14:29:54
 4        A    -- when he send it, yes.                 14:29:54
 5        Q    Yes.  Okay.                              14:29:56
 6             So you had insurance benefits until the 14:29:56
 7   time that your employment with Expeditors ended;   14:29:59
 8   correct?                                           14:30:02
 9        A    Yes.                                     14:30:02
10        Q    Okay.  Then why didn't you continue      14:30:03
11   seeing -- you said that you didn't see Dr. Carlson 14:30:05
12   because you couldn't afford it.  But why didn't you14:30:09
13   continue seeing Dr. Carlson after October of 2016  14:30:12
14   when you continued to have benefits until at least 14:30:16
15   February of 2017?                                  14:30:19
16        A    I don't know.                            14:30:28
17             MS. WASSERMAN:  Okay.  Let's have this next14:30:35
18   one marked as Exhibit 11, please.  I'm sorry.  12. 14:30:37
19             (Exhibit 12 was marked for identification14:30:41
20             by the certified shorthand reporter.)    14:30:55
21   BY MS. WASSERMAN:                                  14:30:55
22        Q    Now, in Exhibit 11, which is the e-mail  14:30:55
23   that Carlton sent to you, he referenced that he was14:30:58
24   going to be sending you paperwork regarding the    14:31:01
25   Family Medical Leave Act.                          14:31:06
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Is Exhibit 12 what he provided you at that | 14:31:06 |
| 2 | time? | 14:31:09 |
| 3 | A   Yes. | 14:31:09 |
| 4 | Q   Okay.  And when you received Exhibit 12, | 14:31:28 |
| 5 | you then sent something to corporate employee | 14:31:30 |
| 6 | relations -- you faxed something to corporate | 14:31:31 |
| 7 | employee relations. | 14:31:32 |
| 8 | Do you remember that? | 14:31:33 |
| 9 | A   Yes. | 14:31:35 |
| 10 | MS. WASSERMAN:  Let's have this marked as | 14:31:36 |
| 11 | Exhibit 13, please. | 14:31:37 |
| 12 | (Exhibit 13 was marked for identification | 14:31:38 |
| 13 | by the certified shorthand reporter.) | 14:31:48 |
| 14 | BY MS. WASSERMAN: | 14:31:48 |
| 15 | Q   Is this what you faxed? | 14:31:49 |
| 16 | A   Yes. | 14:31:51 |
| 17 | Q   Okay.  So who at corporate employee | 14:31:51 |
| 18 | relations did you fax this to? | 14:31:59 |
| 19 | A   The one who was on the -- on the | 14:32:05 |
| 20 | communication.  Kelsea. | 14:32:08 |
| 21 | Q   Kelsea? | 14:32:11 |
| 22 | A   Yeah. | 14:32:13 |
| 23 | Q   Well, the letter -- the letter was sent | 14:32:13 |
| 24 | from Maggie Rowe.  If you look at Exhibit 12, it was | 14:32:15 |
| 25 | sent by somebody by the name of Maggie Rowe. | 14:32:22 |

| | | |
|---|---|---|
| 1 | Do you see where I'm reading?  The last | 14:32:30 |
| 2 | page of Exhibit 12. | 14:32:31 |
| 3 | A     Yeah. | 14:32:42 |
| 4 | Q     So did you send this to Maggie Rowe, or did | 14:32:44 |
| 5 | you send this to Kelsea Tisdale?  Or do you | 14:32:51 |
| 6 | remember? | 14:32:53 |
| 7 | A     I send it to employee relations. | 14:32:53 |
| 8 | Q     Okay.  So you don't know who you | 14:32:55 |
| 9 | specifically wanted -- | 14:32:57 |
| 10 | A     Yeah. | 14:32:58 |
| 11 | Q     Okay. | 14:32:58 |
| 12 | A     I don't know the name of all the people. | 14:32:59 |
| 13 | Q     Okay.  The first line says "I cannot | 14:33:01 |
| 14 | provide you with the medical certification because I | 14:33:04 |
| 15 | am not sick.  My doctor is a serious and integrity | 14:33:06 |
| 16 | person, and she will not lie." | 14:33:10 |
| 17 | Which doctor are you referring to? | 14:33:12 |
| 18 | A     Dr. Laborde. | 14:33:14 |
| 19 | Q     Okay.  Didn't Dr. Carlson, though, tell you | 14:33:15 |
| 20 | that you should take medication? | 14:33:20 |
| 21 | A     No. | 14:33:24 |
| 22 | Q     You don't recall Dr. Carlson telling you | 14:33:25 |
| 23 | you should take medication? | 14:33:27 |
| 24 | A     Nope. | 14:33:28 |
| 25 | Q     Do you recall Dr. Kambam telling you | 14:33:30 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | it was you who e-mailed Carlton asking about filling | 14:38:57 |
| 2 | out the FMLA paperwork; correct? | 14:39:02 |
| 3 | A    Yes. | 14:39:05 |
| 4 | Q    Okay.  And then Carlton responded by | 14:39:06 |
| 5 | basically saying that you aren't going to be | 14:39:12 |
| 6 | required to provide any additional paperwork.  He | 14:39:16 |
| 7 | was helping you out by saying you don't have to have | 14:39:17 |
| 8 | any more paperwork; correct? | 14:39:21 |
| 9 | A    Yes. | 14:39:23 |
| 10 | Q    Okay. | 14:39:24 |
| 11 | Let's have this next marked as 15, please. | 14:39:33 |
| 12 | (Exhibit 15 was marked for identification | 14:39:36 |
| 13 | by the certified shorthand reporter.) | 14:39:49 |
| 14 | BY MS. WASSERMAN: | 14:39:49 |
| 15 | Q    Okay.  If you can take a minute and read | 14:39:49 |
| 16 | these e-mails, I'll have a few questions. | 14:39:58 |
| 17 | Have you had a chance to review these | 14:40:23 |
| 18 | documents? | 14:40:24 |
| 19 | A    Yes. | 14:40:25 |
| 20 | Q    And do you recall that this was | 14:40:26 |
| 21 | communications with Carlton and with Kelsea about | 14:40:30 |
| 22 | scheduling a follow-up appointment with Dr. Kambam? | 14:40:36 |
| 23 | A    Yes. | 14:40:40 |
| 24 | Q    Okay.  And do you remember having that | 14:40:40 |
| 25 | follow-up visit with Dr. Kambam in late January of | 14:40:42 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1   2017?                                              14:40:45

 2      A    Yeah.                                      14:40:48

 3      Q    How long was that visit?                   14:40:48

 4      A    How long what?                             14:40:53

 5      Q    Do you remember how long that visit was?   14:40:54

 6      A    I don't remember.  Maybe one hour, one hour 14:40:57

 7   and a half, two hours?  I don't know.             14:41:05

 8      Q    Do you remember anything that you discussed 14:41:07

 9   with Dr. Kambam during that visit?                14:41:08

10      A    He thought that I was working.            14:41:15

11      Q    He thought you were working?              14:41:18

12      A    Yes.                                       14:41:20

13      Q    Really?                                    14:41:20

14      A    "You are still not working?"               14:41:21

15           I say, "No, because you" -- "you say that I 14:41:27

16   can't return to work."                            14:41:29

17      Q    Okay.  Wait a minute.  Because -- wait.    14:41:41

18           Can you read the answer back, please.     14:41:41

19           (Record read.)                             14:41:41

20           MS. WASSERMAN:  Correct.                   14:41:41

21      Q    When you told Dr. Kambam that he had said  14:41:41

22   that you could not return to work, do you remember 14:41:46

23   what Dr. Kambam said?                             14:41:48

24      A    Carlton say that Dr. Kambam say that I     14:41:51

25   can't return to work.                             14:42:02
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

1   should be back seeing a psychologist on a regular          14:44:14

2   basis?                                                     14:44:17

3        A    I don't remember.                                14:44:21

4        Q    Okay.  So at some point in time, after the       14:44:25

5   second visit with Dr. Kambam, you were advised by         14:44:32

6   Expeditors that you were not going to be able to          14:44:35

7   return to work there anymore.                             14:44:38

8             Do you recall that?                              14:44:41

9        A    No.                                              14:44:42

10       Q    You don't recall ever being told that you       14:44:42

11  couldn't return to work at Expeditors?                    14:44:45

12       A    No.                                              14:44:47

13       Q    How did you find out that you were not          14:44:47

14  going to be working at Expeditors anymore?                14:44:49

15       A    Carlton send me an e-mail.                      14:44:52

16       Q    Okay.  What did the e-mail --                   14:44:53

17       A    They say something that my last day was         14:44:56

18  February 14, 2017.                                        14:45:04

19       Q    What else did the e-mail say?                   14:45:04

20       A    I only see that I was fired on                  14:45:13

21  February 14th.                                            14:45:16

22       Q    Okay.  Do you -- did you call Carlton after     14:45:16

23  you got the e-mail?                                       14:45:22

24       A    No.                                             14:45:23

25       Q    Did you have any other conversation with        14:45:24

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | Carlton after getting that e-mail? | 14:45:26 |
| 2 | A    No. | 14:45:28 |
| 3 | Q    Did you have any conversation with anybody | 14:45:29 |
| 4 | else at Expeditors after receiving that e-mail? | 14:45:31 |
| 5 | A    No. | 14:45:35 |
| 6 | Q    Did you wonder why you weren't going to be | 14:45:39 |
| 7 | working there anymore? | 14:45:42 |
| 8 | A    Based on the report that they receive from | 14:45:44 |
| 9 | doctor. | 14:45:47 |
| 10 | Q    Okay.  So you knew that the reason why you | 14:45:48 |
| 11 | were not going to be working anymore was because of | 14:45:50 |
| 12 | the report from Dr. Kambam? | 14:45:52 |
| 13 | A    Yeah. | 14:45:54 |
| 14 | Q    Okay.  Did you ever ask -- other than | 14:45:55 |
| 15 | reaching out to Dr. Kambam, did you ever ask anybody | 14:45:59 |
| 16 | else to see a copy of the report -- | 14:46:02 |
| 17 | A    No. | 14:46:05 |
| 18 | Q    -- that Dr. Kambam had prepared? | 14:46:05 |
| 19 | A    No. | 14:46:08 |
| 20 | Q    To this day, have you ever seen a copy of | 14:46:08 |
| 21 | the report that Dr. Kambam -- | 14:46:10 |
| 22 | A    No.  Because, when they say you are fired, | 14:46:12 |
| 23 | you are fired.  So -- what can we do? | 14:46:16 |
| 24 | MS. WASSERMAN:  Let's have this marked as | 14:46:54 |
| 25 | 16, please. | 14:46:56 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1              (Exhibit 16 was marked for identification      14:46:57

 2         by the certified shorthand reporter.)              14:47:13

 3  BY MS. WASSERMAN:                                          14:47:13

 4      Q    So this shows that, on January 25th, you         14:47:14

 5  sent an e-mail to Dr. Kambam asking about your            14:47:25

 6  status and the report; correct?                           14:47:28

 7      A    Yes.  Because, when I talk to Carlton, they      14:47:31

 8  say, "We haven't received the" -- "the report from        14:47:36

 9  Dr. Kambam.  So I can't decide yet you are going to       14:47:39

10  back or not."  That's what he say.  "Can you please       14:47:45

11  send the report as soon as possible."                     14:47:48

12      Q    Okay.  And then on February 28th, you again      14:47:51

13  reached out to Dr. Kambam asking him for the report       14:47:53

14  because Carlton had terminated your employment based      14:47:57

15  upon Dr. Kambam's recommendation.                         14:48:04

16         Why did you send this e-mail to Dr. Kambam?        14:48:10

17      A    Because I need to see the report.                14:48:12

18      Q    Now, it was after you sent this e-mail to        14:48:15

19  Dr. Kambam that you filed the workers' compensation       14:48:19

20  claim that we marked in the beginning of the day as       14:48:27

21  Exhibit 1.                                                14:48:30

22         Do you remember that?                              14:48:31

23      A    Yes.                                             14:48:33

24      Q    Okay.  So now that we're back to the same        14:48:34

25  time frame, does that refresh your recollection at        14:48:37
```

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | him? | 14:50:45 |
| 2 | MR. HOPPER:  Calls for speculation. | 14:50:46 |
| 3 | THE WITNESS:  I don't know. | 14:50:48 |
| 4 | BY MS. WASSERMAN: | 14:50:49 |
| 5 | Q    Do you know -- do you think that Diane -- | 14:50:49 |
| 6 | you know who Diane Griffin was? | 14:50:53 |
| 7 | A    Yes. | 14:50:55 |
| 8 | Q    Okay.  Did you have a good relationship | 14:50:55 |
| 9 | with her over all the years you were there? | 14:50:56 |
| 10 | MR. HOPPER:  Vague and ambiguous. | 14:50:58 |
| 11 | THE WITNESS:  She's the manager of my | 14:51:02 |
| 12 | manager.  So -- | 14:51:05 |
| 13 | BY MS. WASSERMAN: | 14:51:07 |
| 14 | Q    Did you ever have any problems with Diane? | 14:51:08 |
| 15 | A    No. | 14:51:10 |
| 16 | Q    Okay.  Do you think that Diane knew people | 14:51:11 |
| 17 | were lying when they were talking to her? | 14:51:13 |
| 18 | MR. HOPPER:  Calls for speculation. | 14:51:16 |
| 19 | THE WITNESS:  I don't know. | 14:51:18 |
| 20 | BY MS. WASSERMAN: | 14:51:19 |
| 21 | Q    Okay.  So you know that they did an | 14:51:19 |
| 22 | investigation, but you think people lied to the | 14:51:29 |
| 23 | people that were doing the investigation; right? | 14:51:32 |
| 24 | A    Yes. | 14:51:34 |
| 25 | Q    Okay.  And Expeditors tried to give you | 14:51:35 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | time off to -- to rest and feel better when you were | 14:51:41 |
| 2 | in Diane's office shaking and crying and nervous as | 14:51:45 |
| 3 | you were explaining what was going on.  They wanted | 14:51:51 |
| 4 | you to take some time to feel better; right? | 14:51:53 |
| 5 | MR. HOPPER:  Calls for speculation. | 14:51:56 |
| 6 | THE WITNESS:  I think so. | 14:51:58 |
| 7 | BY MS. WASSERMAN: | 14:51:59 |
| 8 | Q    Okay.  And while you were on a -- when you | 14:51:59 |
| 9 | told them that you were feeling uncomfortable | 14:52:04 |
| 10 | because people were looking at you through the | 14:52:07 |
| 11 | computer and talking about you through headphones | 14:52:10 |
| 12 | that everyone had except you and talking about you | 14:52:14 |
| 13 | and you said you were not comfortable working, they | 14:52:19 |
| 14 | gave you time off and paid you for the time that you | 14:52:22 |
| 15 | were off work; right? | 14:52:25 |
| 16 | A    Yes. | 14:52:28 |
| 17 | Q    And they sent you to a doctor to make -- to | 14:52:30 |
| 18 | see how you were doing to evaluate what was going on | 14:52:34 |
| 19 | with you hearing voice -- hearing people talking | 14:52:37 |
| 20 | about you and having people watching you through the | 14:52:41 |
| 21 | computer and having people use headsets that they | 14:52:45 |
| 22 | could hear what was being said but you -- they were | 14:52:49 |
| 23 | talking about you; right? | 14:52:52 |
| 24 | MR. HOPPER:  Objection.  Calls for | 14:52:53 |
| 25 | speculation. | 14:52:54 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | in any way wrongful? | 15:03:52 |
| 2 |      MR. HOPPER:  Objection.  Vague and | 15:03:55 |
| 3 | ambiguous.  Calls for a legal contention under | 15:03:56 |
| 4 | Rifkind.  And it's overbroad. | 15:04:04 |
| 5 | BY MS. WASSERMAN: | 15:04:07 |
| 6 |    Q   You can answer the question. | 15:04:07 |
| 7 |    A   I don't understand. | 15:04:14 |
| 8 |    Q   Anything else ever happen to you at all | 15:04:14 |
| 9 | during your employment at Expeditors that you felt | 15:04:17 |
| 10 | was unfair that happened to you? | 15:04:20 |
| 11 |      MR. HOPPER:  Same objection -- | 15:04:25 |
| 12 |      MS. WASSERMAN:  Other than what we've | 15:04:26 |
| 13 | talked about today? | 15:04:27 |
| 14 |      MR. HOPPER:  Same objections. | 15:04:28 |
| 15 |      THE WITNESS:  Wrongful, the termination? | 15:04:39 |
| 16 | BY MS. WASSERMAN: | 15:04:41 |
| 17 |    Q   Right. | 15:04:41 |
| 18 |      Anything other than what you've already | 15:04:42 |
| 19 | talked about.  Anything else? | 15:04:43 |
| 20 |      MR. HOPPER:  Same objections. | 15:04:44 |
| 21 |      THE WITNESS:  I don't know. | 15:04:48 |
| 22 | BY MS. WASSERMAN: | 15:04:50 |
| 23 |    Q   Okay.  Now, do you believe that, at any | 15:04:53 |
| 24 | point in time during your employment at Expeditors, | 15:05:05 |
| 25 | you had any kind of a disability? | 15:05:08 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | A | No. | 15:05:10 |
| 2 | Q | You never were disabled at all? | 15:05:10 |
| 3 | A | No. | 15:05:13 |
| 4 | | MR. HOPPER:  Objection.  Calls for a legal | 15:05:13 |
| 5 | | conclusion and under -- and contention and under | 15:05:15 |
| 6 | | Rifkind.  I'm going to have to instruct her not to | 15:05:18 |
| 7 | | answer.  I mean she already answered it but -- | 15:05:20 |
| 8 | | BY MS. WASSERMAN: | 15:05:22 |
| 9 | Q | Do you know what the word "disability" | 15:05:23 |
| 10 | | means? | 15:05:24 |
| 11 | | I'm not asking for a legal word.  I'm | 15:05:25 |
| 12 | | asking for this witness's understanding of the | 15:05:28 |
| 13 | | definition. | 15:05:30 |
| 14 | A | Disability is, like, sick days? | 15:05:35 |
| 15 | Q | I'm not talking about days -- I'm not | 15:05:41 |
| 16 | | talking about days.  I'm talking about the word | 15:05:43 |
| 17 | | "disability." | 15:05:44 |
| 18 | | If somebody says that they're disabled, | 15:05:44 |
| 19 | | what does that mean? | 15:05:47 |
| 20 | A | When they can't work.  When they are in | 15:05:48 |
| 21 | | hospital, something. | 15:05:53 |
| 22 | | MS. WASSERMAN:  Okay.  I'll have this next | 15:05:54 |
| 23 | | document marked as Exhibit 17, please. | 15:05:57 |
| 24 | | (Exhibit 17 was marked for identification | 15:05:59 |
| 25 | | by the certified shorthand reporter.) | 15:06:18 |

**LUDWIG KLEIN REPORTERS & VIDEO, INC. - 800.540.0681**          207

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    Let me turn off.  Sorry. | 15:10:54 |
| 2 | Q    Did you ever complain to anyone at | 15:10:56 |
| 3 | Expeditors that you believe that you were being | 15:10:58 |
| 4 | treated poorly because of having a disability? | 15:11:02 |
| 5 | MR. HOPPER:  Objection.  Calls for a legal | 15:11:09 |
| 6 | conclusion. | 15:11:11 |
| 7 | THE WITNESS:  I don't know. | 15:11:12 |
| 8 | BY MS. WASSERMAN: | 15:11:12 |
| 9 | Q    What do you mean you don't know?  You don't | 15:11:19 |
| 10 | remember? | 15:11:21 |
| 11 | A    No. | 15:11:21 |
| 12 | Q    Okay.  Did you believe that you had a | 15:11:22 |
| 13 | disability at any point in time during your | 15:11:24 |
| 14 | employment at Expeditors while you were employed? | 15:11:27 |
| 15 | MR. HOPPER:  Objection.  It calls for | 15:11:30 |
| 16 | speculation.  Calls for a legal conclusion, legal | 15:11:34 |
| 17 | contention, and an expert medical opinion. | 15:11:37 |
| 18 | THE WITNESS:  Do you mean disability means | 15:11:43 |
| 19 | that, when you don't feel -- when you feel nervous? | 15:11:46 |
| 20 | BY MS. WASSERMAN: | 15:11:51 |
| 21 | Q    I'm asking you. | 15:11:51 |
| 22 | A    I don't know how to say disability.  So | 15:11:53 |
| 23 | when you don't feel okay. | 15:11:58 |
| 24 | Q    Do you believe that anyone at Expeditors | 15:12:05 |
| 25 | treated you differently because of your age? | 15:12:10 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    No. | 15:12:19 |
| 2 | Q    Was there ever any time off that you needed | 15:12:32 |
| 3 | at any point in time during your employment with | 15:12:35 |
| 4 | Expeditors because you were sick that you weren't | 15:12:37 |
| 5 | allowed to take off? | 15:12:43 |
| 6 | A    No. | 15:12:48 |
| 7 | Q    Do you recall telling a doctor -- | 15:13:19 |
| 8 | (Telephonic interruption.) | 15:13:29 |
| 9 | BY MS. WASSERMAN: | 15:13:29 |
| 10 | Q    Do you need to answer that? | 15:13:30 |
| 11 | A    No.  I need to turn it off. | 15:13:31 |
| 12 | Okay.  Sorry. | 15:13:45 |
| 13 | Q    Do you recall telling any of your doctors | 15:13:55 |
| 14 | back in 2017 that you had only planned on working | 15:13:58 |
| 15 | for another couple of years before retiring? | 15:14:02 |
| 16 | A    No. | 15:14:06 |
| 17 | Q    You don't remember that? | 15:14:06 |
| 18 | A    I don't remember that. | 15:14:07 |
| 19 | Q    When was the last time you actually looked | 15:14:09 |
| 20 | for work? | 15:14:11 |
| 21 | A    I'm still looking for work, but -- I think | 15:14:18 |
| 22 | last year, 2018. | 15:14:24 |
| 23 | Q    In 2018?  Okay. | 15:14:25 |
| 24 | Did you stop looking for work after you | 15:14:28 |
| 25 | stopped working at the Commerce Casino for Randstad? | 15:14:32 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | A    That's why he didn't gave me any papers and | 15:31:02 |
| 2 | don't walk me out. | 15:31:05 |
| 3 | Q    Andrew -- I don't understand.  Andrew said | 15:31:06 |
| 4 | she knows about what to whom? | 15:31:08 |
| 5 | A    To Steven. | 15:31:17 |
| 6 | Q    Andrew told Steven, "She knows."  What | 15:31:18 |
| 7 | did -- what -- what did that mean? | 15:31:22 |
| 8 | A    That I knew that I was going to fire. | 15:31:22 |
| 9 | Q    But you weren't fired. | 15:31:25 |
| 10 | A    I -- I was not fired that time. | 15:31:27 |
| 11 | Q    Right.  Do you know -- did Andrew say | 15:31:30 |
| 12 | anything else to Steven at that time? | 15:31:36 |
| 13 | A    I don't know.  She went -- he wants to -- | 15:31:39 |
| 14 | Q    I'm sorry.  What does that mean? | 15:31:42 |
| 15 | A    He didn't -- he didn't talk at his desk.  I | 15:31:44 |
| 16 | think he went to his office or something. | 15:31:47 |
| 17 | Q    Okay.  But you don't know what they said | 15:31:50 |
| 18 | when they weren't with you? | 15:31:51 |
| 19 | A    No. | 15:31:53 |
| 20 | Q    You didn't hear what they had to say when | 15:31:53 |
| 21 | they weren't with you? | 15:31:55 |
| 22 | A    No. | 15:31:56 |
| 23 | Q    Okay.  Who was Nai Wong? | 15:31:58 |
| 24 | A    Nai Wong is a brokerage manager. | 15:32:01 |
| 25 | Q    Okay.  And what do you think that Nai knows | 15:32:08 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | |
|---|---|---|
| 1 | about you? | 15:32:10 |
| 2 | A    I work with her some billings for his -- | 15:32:13 |
| 3 | for her department. | 15:32:18 |
| 4 | Q    Okay. | 15:32:19 |
| 5 | A    And I resolve the problems.  And the last | 15:32:21 |
| 6 | day, they say, "I want her in my department.  She | 15:32:28 |
| 7 | can help me with my billings." | 15:32:32 |
| 8 | Q    When was that? | 15:32:39 |
| 9 | A    What day, I don't know.  I don't remember. | 15:32:41 |
| 10 | I think it was -- | 15:32:42 |
| 11 | Q    Do you remember when it was? | 15:32:42 |
| 12 | A    I think it was the last day. | 15:32:43 |
| 13 | Q    But -- | 15:32:48 |
| 14 | A    September 12th. | 15:32:49 |
| 15 | Q    So on September 12th, before you went on | 15:32:51 |
| 16 | your leave of absence -- | 15:32:54 |
| 17 | A    Yes. | 15:32:55 |
| 18 | Q    -- Nai Wong want -- said that she wanted | 15:32:55 |
| 19 | you to be in her department? | 15:32:59 |
| 20 | A    In her department.  And they say, "She can | 15:33:00 |
| 21 | help me with my billings." | 15:33:05 |
| 22 | Q    Did Nai say that to you directly? | 15:33:08 |
| 23 | A    No. | 15:33:10 |
| 24 | Q    Okay.  Who did she say that to? | 15:33:10 |
| 25 | A    She was passing around when she say that. | 15:33:13 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

| | | | |
|---|---|---|---|
| 1 | Q | Who did you hear it from? | 15:33:17 |
| 2 | A | From her. | 15:33:21 |
| 3 | Q | Okay.  Did Nai Wong tell you that she | 15:33:24 |
| 4 | | wanted you in her department? | 15:33:31 |
| 5 | A | No. | 15:33:32 |
| 6 | Q | Okay.  Who did Nai Wong tell? | 15:33:33 |
| 7 | A | I don't know if she has another person with | 15:33:36 |
| 8 | | her.  Because I sit, like, back -- I don't see any | 15:33:39 |
| 9 | | people that passing around.  I only hear the voices. | 15:33:44 |
| 10 | Q | Okay.  So -- so what did you hear Nai Wong | 15:33:51 |
| 11 | | tell this person who you don't know who it is? | 15:33:56 |
| 12 | | What did you hear Nai Wong tell this | 15:34:00 |
| 13 | | person? | 15:34:04 |
| 14 | A | She just passing -- talking loud and say, | 15:34:07 |
| 15 | | "I want her on my department.  She can come on | 15:34:10 |
| 16 | | Monday.  So I want her on my department, and she can | 15:34:16 |
| 17 | | help me with my billings." | 15:34:20 |
| 18 | Q | How did you know she was talking about you? | 15:34:26 |
| 19 | A | Because I know he -- he speak loud. | 15:34:31 |
| 20 | Q | She. | 15:34:34 |
| 21 | A | She. | 15:34:36 |
| 22 | Q | Nai is a she? | 15:34:37 |
| 23 | A | She speak loud.  Yes.  She speak loud. | 15:34:39 |
| 24 | Q | But how did you know when she said, "Her, I | 15:34:40 |
| 25 | | want her in my department" -- how did you know she | 15:34:44 |

**ROSA AGUILAR - January 6, 2020**
**AGUILAR VS. EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.**

```
 1   strike that.                                          15:38:10

 2            Who's Adiranne Allen?                        15:38:19

 3       A    She works on receivable department.          15:38:22

 4       Q    And I think you said that you've never had   15:38:30

 5   a conversation with Robert Clements; correct?         15:38:36

 6       A    No.                                          15:38:41

 7       Q    And it's Robert Clements who you believe     15:38:41

 8   had a crush on you?                                   15:38:50

 9       A    Yes.                                         15:38:51

10       Q    Why did you think that Robert Clements had   15:38:52

11   a crush on you?                                       15:38:54

12       A    For all the comment I heard.                 15:39:08

13       Q    Did he ever send you any e-mails?            15:39:12

14       A    They say they send messages.  But I never    15:39:17

15   receive the message because I never stayed on my      15:39:22

16   message on the computer.  They are more younger, and  15:39:29

17   they -- they know how to send out the messages, and   15:39:32

18   they know how can communicate it.                     15:39:35

19       Q    Did he ever leave you a note on your desk?   15:39:36

20       A    No.                                          15:39:40

21       Q    Did he ever bring you flowers?               15:39:40

22       A    No.                                          15:39:42

23       Q    Did you ever see him away from work?         15:39:45

24       A    No.                                          15:39:47

25       Q    Who is Juana Wong?                           15:40:07
```

1               REPORTER'S CERTIFICATE

2

3

4               I, Jean Kim, CSR No. 13555, RPR, a

5    Certified Shorthand Reporter in and for the State of

6    California, do hereby certify:

7               That prior to being examined, the witness

8    named in the foregoing proceedings declared under

9    penalty of perjury to testify to the truth, the

10   whole truth, and nothing but the truth;

11              That said proceedings were taken by me in

12   shorthand at the time and place herein named and was

13   thereafter transcribed into typewriting under my

14   direction, said transcript being a true and correct

15   transcription of my shorthand notes;

16              Pursuant to Federal Rule 30(e),

17   transcript review was requested;

18              I further certify that I have no interest

19   in the outcome of this action.

20                              January 20, 2020

21

22

23

24              _____

                              JEAN KIM
25                            CSR No. 13555